| **Fill in this information to identify the case**: | |
|---|---|
| United States Bankruptcy Court for the: District of Delaware (State) | |
| Case number *(if known)*: _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| 1. | **Debtor's Name** | Structurlam Mass Timber Corporation |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | SLP Operations LTD; Structurlam |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 98-1445050 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 2176 Government St | |
| | | Number   Street | Number   Street |
| | | | |
| | | Penticton, British Columbia   V2A 8B5 | |
| | | City   State   Zip Code | City   State   Zip Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | Canada | |
| | | County | Number   Street |
| | | | |
| | | | City   State   Zip Code |

| 5. | **Debtor's website** (URL) | https://www.structurlam.com |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Structurlam Mass Timber Corporation**  Case number *(if known)*  _____
         <sub>Name</sub>

| 7. | Describe debtor's business | A. *Check One:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | 3212 |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check One:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☒ Chapter 11.  *Check all that apply:* |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).. |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.** |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No |
|---|---|---|
| | | ☐ Yes.  District _____  When ____/____/_____  Case number _____ |
| | | MM/DD/YYYY |
| | If more than 2 cases, attach a separate list. | District _____  When ____/____/_____  Case number _____ |
| | | MM/DD/YYYY |

Debtor  Structurlam Mass Timber Corporation                   Case number *(if known)* _____
      *Name*

| | | | |
|---|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.<br>    Debtor    See Schedule 1<br>    District   Delaware<br>    Case number, if known _____ | Relationship   Affiliate<br>When   04 / 21 / 2023<br>          MM / DD / YYYY | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No<br>
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐   It needs to be physically secured or protected from the weather.

    ☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐   Other _____

    **Where is the property?**    _____<br>
        Number    Street

        _____<br>
        City                State    Zip Code

    **Is the property insured?**

    ☐ No<br>
    ☐ Yes.   Insurance agency _____<br>
              Contact name _____<br>
              Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.<br>
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors[1]**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

---

[1] Estimated number of creditors noted here is provided on a consolidated basis.

Debtor     Structurlam Mass Timber Corporation        Case number *(if known)* _____
         Name

| **15. Estimated assets**[2] | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities**[3] | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04 / 21 / 2023
                MM/ DD / YYYY

✘    */s/ Shawn Turkington*              Shawn Turkington
      Signature of authorized representative of debtor      Printed name

Title     Authorized Signatory

**18. Signature of attorney**

✘    */s/ M. Blake Cleary*            Date    04 / 21 / 2023
      Signature of attorney for debtor               MM/DD/YYYY

M. Blake Cleary
Printed name

Potter Anderson & Corroon LLP
Firm name

1313 North Market Street, 6th Floor
Number       Street

Wilmington                         Delaware     19801
City                               State       ZIP Code

(302) 984-6000               bcleary@potteranderson.com
Contact phone                Email address

No. 3614                 Delaware
Bar number               State

---

[2]   Estimated number of assets and liabilities noted here are provided on a consolidated basis.

[3]   Estimated number of assets and liabilities noted here are provided on a consolidated basis.

| **Fill in this information to identify the case**: |
|---|
| United States Bankruptcy Court for the: |
| District of Delaware |
| (State) |
| Case number *(if known)*: _____   Chapter __11__ |

## Schedule 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors plan to file a motion with the Court requesting joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of **Structurlam Mass Timber U.S., Inc.**

| Debtor | Employer/Buisness Identification Number | Jurisdiction |
|---|---|---|
| Structurlam Mass Timber U.S., Inc. | 84-2896287 | United States |
| Natural Outcomes, LLC | N/A | United States |
| Structurlam Mass Timber Corporation | 98-1445050 | Canada |
| SLP Holdings Ltd. | 781693114 (Canada) | Canada |

10769163v.2

**SLP HOLDINGS LTD. ("SLP")**
**STRUCTURLAM MASS TIMBER CORPORATION ("SMTC")**
**STRUCTURLAM MASS TIMBER U.S., INC. ("SMTC-US")**

**RE:    Certified Minutes of the Meeting of the Boards of Directors of each of SLP, SMTC and SMTC-US (the "Boards") Held on April 16, 2023**

The undersigned, Shawn Turkington, signing in my capacity as the Chief Financial Officer of each of SLP, SMTC and SMTC-US (each a "**Company**" and collectively, the "**Companies**") and not in my personal capacity, hereby certify for and on behalf of the Companies as follows:

1.   I am duly authorized to deliver this Certificate;

2.   Attached hereto as Schedule "A" is a certified true copy of the resolutions of the Boards of the Companies passed by the Boards at the meeting of the Boards held on April 16, 2023, which resolutions have been passed in accordance with applicable law and remain in full force and effective unamended as of the date hereof.

DATED at Vancouver, British Columbia the 18th day of April, 2023.

DocuSigned by:

*Shawn Turkington*
B8FE70DDC861448...

Shawn Turkington, Chief Financial Officer
SLP Holdings Ltd.,
Structurlam Mass Timber Corporation and
Structurlam Mass Timber U.S., Inc.

**SCHEDULE "A"**

Resolutions of the Boards passed
at the Meeting of the Boards Held on April 16, 2023

*"**RESTRUCTURING TRANSACTION***

***WHEREAS:***

**A.**  *The Chairman advised the meeting as follows:*

(a)  *The respective Boards of each Company, together with management of the Companies, has reviewed and considered information presented by the financial and legal advisors of the Companies regarding the liabilities and liquidity situation of each of Company, the strategic alternatives available to such entities, and the effect of the foregoing on the Companies' business;*

(b)  *The Boards of each Company has had the opportunity to consult with management and the financial and legal advisors of the Companies and to fully consider each of the strategic alternatives available to the Companies;*

(c)  *The realizable value of the Companies' assets is not sufficient to satisfy all of their obligations and they will imminently be unable to meet their obligations as they come due, and they are, therefore, insolvent;*

(d)  *The Boards of each Company, having given due consideration to the matter is of the view that it is in the best interests of the Companies' various stakeholders that a formal insolvency proceeding be commenced to effect a financial restructuring which will involve a filing under the United States Code and a sale of the assets of the Companies (the "**Restructuring**");*

(e)  *In connection with the Restructuring, SMTC and SMTC-US as borrowers, and the Bank of Montreal as lender, wish to enter into an interim credit facility (the "**Debtor-in-Possession Loan Agreement**") in order to fund, among other things, the Restructuring; and*

(f)  *Under sections 147 and 149 of the Business Corporations Act (British Columbia), Hanz Gin has a disclosable interest in the Debtor-in-Possession Loan Agreement by virtue of being a Managing Director of Bank of Montreal and such he must abstain from voting on the approval of the Debtor-in-Possession Loan Agreement.*

*After discussion and having given due consideration to the matters, having reviewed all relevant documentation in connection with the business, assets, financial affairs and status of each of the Companies, and having consulted with the Companies' and the Board's advisors, upon motion duly made, seconded and carried unanimously, **IT WAS RESOLVED, WITH HANZ GIN ABSTAINING AS TO HIS INTEREST IN THE DEBTOR –IN-POSSESSION AGREEMENT, BY THE BOARD OF SLP, SMTC and SMTC-US THAT**:*

**CHAPTER 11 FILING**

1.  *It is in the best interest of each of the Companies' and SMTC-US's wholly-owned subsidiary, Natural Outcomes (collectively, the "**Debtors**"), and their respective*

*stakeholders that the Debtors shall, and are hereby authorized to each file, or cause to be filed, a voluntary petition for relief under the provision of Chapter 11 of the United States Code in the United Stated Bankruptcy Court for the District of Delaware (the "**Chapter 11 Proceedings**") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.*

2. *The engagement of Alvarez & Marsal Canada Inc. as financial advisor to the Debtors in connection with the proposed Chapter 11 Proceedings is hereby authorized, ratified, and approved.*

3. *The engagement of Paul Hastings LLP as general bankruptcy counsel to the Debtors in connection with the proposed Chapter 11 Proceedings is hereby authorized, ratified, and approved.*

4. *The engagement of Potter Anderson & Corroon LLP as local bankruptcy counsel to the Debtors in connection with the proposed Chapter 11 Proceedings is hereby authorized, ratified, and approved.*

5. *The engagement of Stifel, Nicolaus & Company, Incorporated and Miller Buckfire & Co., LLC as investment banker to the Debtors in connection with the proposed Chapter 11 Proceedings is hereby authorized, ratified, and approved.*

6. *The engagement of Kurtzman Carson Consultants LLC as notice and claims agent and administrative advisors to the Debtors in connection with the proposed Chapter 11 Proceedings is hereby authorized, ratified, and approved.*

**FOREIGN REPRESENTATIVE**

7. *It is in the best interest of each of the Debtors and their respective stakeholders that SLP shall, and is hereby authorized, ratified and approved, to act as Court-Appointed Foreign Representative, as such term is defined in Section 45(1) of the Companies' Creditors Arrangement Act (Canada) ("**CCAA**"), in relation to proposed Canadian proceedings under Part IV of the CCAA (the "**Canadian Proceedings**") and the Chapter 11 Proceedings for each of the Debtors.*

**CCAA RECOGNITION APPLICATION**

8. *It is in the best interest of each of the Companies and their respective stakeholders that SLP and SMTC shall, and are hereby authorized to file, or cause to be filed, an application for foreign recognition in the Canadian Proceedings of the Chapter 11 Proceedings and to seek such other insolvency or bankruptcy relief in Canada in respect of the Companies.*

9. *The engagement of Alvarez & Marsal Canada Inc. as court appointed Information Officer of SLP and SMTC in connection with the proposed Canadian Proceedings is hereby authorized, ratified, and approved.*

10. *The engagement of Gowling WLG (Canada) LLP as legal advisor of the Companies in connection with the proposed Canadian Proceedings is hereby authorized, ratified, and approved.*

*DEBTOR-IN-POSSESSION FINANCING*

11. *The respective Boards of each of SMTC and SMTC-US determines that the Debtor-in-Possession Loan Agreement is in the best interest of SMTC and SMTC-US.*

12. *The terms and conditions of the Debtor-in-Possession Loan Agreement, in substantially the form as presented to the Board and the transactions contemplated thereby, are hereby approved, and any one director or officer of SMTC and SMTC-US, as applicable, is hereby authorized and directed in the name of and on behalf of SMTC and SMTC-US, as applicable, to execute and deliver the Debtor-in-Possession Loan Agreement with any additions, deletions or modifications as such director or officer in their sole discretion shall deem appropriate or advisable, execution as aforesaid to be conclusive evidence of this and their acceptance.*

*FURTHER ACTIONS*

*Any one director or officer of each Company, be authorized to execute and deliver, whether under corporate seal or otherwise, all such other documents and instruments, and to do all such acts and things, as may be necessary or deemed desirable in their absolute discretion to give effect to the transactions contemplated in these minutes of meeting, and take or cause to be taken such other actions as they may, in their sole discretion, determine to be necessary or desirable to implement the resolutions and the matters authorized hereby, such determination to be conclusively evidenced by the execution and delivery of such instruments or documents and the taking or causing to be taken of any such actions."*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-[_____ (___)]<br><br>(Joint Administration Requested) |

**COMBINED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Structurlam Mass Timber U.S., Inc. and certain of its affiliates, who are or may be debtors and debtors in possession in the above-captioned cases (each a "Debtor" and collectively, the "Debtors"), hereby state as follows:

1. Debtor Structurlam Mass Timber U.S., Inc. is 100% owned by Debtor SLP Holdings Ltd. No non-Debtor publicly traded corporation owns more than 10% of Structurlam Mass Timber U.S., Inc.

2. Debtor Natural Outcomes, LLC is 100% owned by Debtor Structurlam Mass Timber U.S., Inc. No non-Debtor publicly traded corporation owns more than 10% of Natural Outcomes, LLC.

3. Debtor Structurlam Mass Timber Corporation is 100% owned by Debtor SLP Holdings Ltd. No non-Debtor publicly traded corporation owns more than 10% of Structurlam

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

Mass Timber Corporation.

4. A list of Debtor SLP Holdings Ltd.'s equity interest holders owning more than 5%, their addresses, and the nature of their equity interests is attached hereto as **Exhibit 1**. The following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of SLP Holdings Ltd.'s equity interests:

| Shareholder | Approximate Percentage of Shares Held of: |
|---|---|
| | **Class A Preferred** |
| Bentonville KF SLP Holdings LP | 33.2% |
| KF Arc Holding LP c/o Kingfish Group, Inc | 63.0% |
| | **Class B Preferred** |
| Bentonville KF SLP Holdings LP | 34.6% |
| KF Arc Holding LP c/o Kingfish Group, Inc | 65.5% |
| | **Class C Preferred** |
| KF Arc Holding LP c/o Kingfish Group, Inc | 29.3% |
| Skydeck Holdings II LLC | 21.0% |
| Wal-Mart International Holdings, Inc. | 34.5% |
| | **Common Stock** |
| Hardy Wentzel | 41.4% |
| Marlene Higgins | 11.9% |
| Michael Darby | 11.9% |

# EXHIBIT 1

# LIST OF EQUITY SECURITY HOLDERS[1]

| Equity Holders | Class | Address of Equity Holder | Percentage of Equity Held[2] |
|---|---|---|---|
| 2022 Skydeck Holdings II LLC | Class C Preferred Series 1 | 1 S. Wacker Dr., Suite 1810, Chicago, Il 60606 | 0.9% |
| Andre Morf | Class A Preferred Series 5 | 12203 Saunders Crescent, Summerland, BC V0H 1Z0 | 0.1% |
| Andrew Kilduff | Common shares | 1180 Wintergreen Cres., Kelowna, BC V1W 3V8 | 0.0% |
| Bank of Montreal D.B.A. BMO Capital Partners | Class C Preferred Series 2 | 525 8th Avenue SW 12th Floor, Calgary, AB T2P 1G1 | 1.7% |
| Bellevue Projects Ltd. | Class A Preferred Series 1<br>Class A Preferred Series 2 | 2900 - 550 Burrard Street, Vancouver, BC V6C 0A3 | 1.1% |
| Bentonville KF SLP Holdings LP | Class A Preferred Series 5<br>Class B Preferred Series 1 | 702 SW 8th Street, MS #0215, Bentonville, AK 72716 | 27.1% |
| Blaine Peterson | Class A Preferred Series 5 | 4635 Sage Mesa Drive, Penticton, BC V2A 9A3 | 0.1% |
| Drifter Enterprises Ltd. | Class A Preferred Series 1<br>Class A Preferred Series 2 | Suite 990 - 1040 West Georgia Street, Vancouver, BC V6E 4H1 | 0.3% |
| Emerson Khosa | Common shares | 8845 176 Street, Surrey, BC V4N 6H9 | 0.0% |
| Hardy Wentzel | Class A Preferred Series 5<br>Common shares | 16 - 4401 Westside Road N., Kelowna, BC V1Z 3P8 | 0.9% |
| John Kostaras | Common shares | 4414 E. Campo Bello Drive, Phoenix, AZ 85032 | 0.0% |
| KF Arc Holding GP, LLC c/o Kingfish Group, Inc. | Class A Preferred Series 1<br>Class A Preferred Series 2<br>Class A Preferred Series 3<br>Class A Preferred Series 4 | 601 California Street, Suite 1250, San Francisco, CA 94108 | 0.0% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of these chapter 11 cases.

[2] These percentages are based of the total values from all classes of both preferred and common shares.

10769163v.2

| Equity Holders | Class | Address of Equity Holder | Percentage of Equity Held[2] |
|---|---|---|---|
|  | Class A Preferred Series 5<br>Class A Preferred Series 6<br>Class B Preferred Series 1<br>Class C Preferred Series 1<br>Class C Preferred Series 2<br>Class C Preferred Series 3 |  |  |
| KF Arc Holding LP c/o Kingfish Group, Inc | Class A Preferred Series 1<br>Class A Preferred Series 2<br>Class A Preferred Series 3<br>Class A Preferred Series 4<br>Class A Preferred Series 5<br>Class B Preferred Series 1<br>Class C Preferred Series 1<br>Class C Preferred Series 2<br>Class C Preferred Series 3 | 601 California Street, Suite 1250, San Francisco, CA 94108 | 56.4% |
| Mackenzie Projects Ltd. | Class A Preferred Series 1<br>Class A Preferred Series 2 | Suite 990 - 1040 West Georgia Street, Vancouver, BC V6E 4H1 | 0.3% |
| Marlene Higgins | Class A Preferred Series 6<br>Common shares | 15 - 83 Peregrine Way, Vernon, BC V1H 1E9 | 0.2% |
| Michael Darby | Class A Preferred Series 5<br>Common shares | 111 - 166 Power Street, Penticton, BC V2A 5W9 | 0.2% |
| Nampa Enterprises Ltd. | Class A Preferred Series 1<br>Class A Preferred Series 2 | Suite 990 - 1040 West Georgia Street, Vancouver, BC V6E 4H1 | 0.3% |
| Nicholas Sills | Common shares | 400 Van Horne Str, Penticton, BC V2A 4K6 | 0.0% |

| Equity Holders | Class | Address of Equity Holder | Percentage of Equity Held[2] |
|---|---|---|---|
| Richard Guinn | Common shares | 718 Meadowlark Way, North Wales, PA 19454 | 0.1% |
| Sanca Creek Holdings Limited | Class A Preferred Series 1<br>Class A Preferred Series 2 | Suite 990 - 1040 West Georgia Street, Vancouver, BC V6E 4H1 | 0.2% |
| Sascha Jan Engel | Common shares | 1086 Forestbrook Dr., Penticton, BC V2A 2G3 | 0.0% |
| Skydeck Holdings II LLC | Class C Preferred Series 2 | 1 S. Wacker Dr., Suite 1810, Chicago, Il 60606 | 3.6% |
| Stephen Tolnai | Common shares | 2105 Thornber Street, Summerland, BC V0H 1Z9 | 0.1% |
| Terry Freeman | Common shares | 13704 101A Avenue, Edmonton, AB T5N 0L1 | 0.0% |
| Thomas Quigley, Trustee of the Thomas G. Quigley Revocable Trust dated March 26, 1999 | Common shares | 123 South College Ave, Bloomington, IN 47404 | 0.1% |
| Tyler Harris | Common shares | 8 - 3322 South Main St., Penticton, BC V2A 5J6 | 0.0% |
| Wal-Mart International Holdings, Inc. | Class C Preferred Series 1<br>Class C Preferred Series 2 | 702 SW 8th Street, Bentonville, AR 72758 | 5.9% |

**Fill in this information to identify the case:**

Debtor name: Structurlam Mass Timber U.S., Inc., et al.
United States Bankruptcy Court for the District of Delaware
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | WALMART, INC.<br>LEGAL DEPARTMENT - CORPORATE DIVISION<br>702 S.W. 8TH ST.<br>BENTONVILLE, AR 72716 | LEGAL DEPARTMENT - CORPORATE DIVISION<br>PHONE: 479-273-4000<br>EMAIL: RACHEL.BRAND@WALMART.COM | CONTRACT COUNTERPARTY | CONTINGENT UNLIQUIDATED DISPUTED | | | $34,000,000 USD |
| 2 | STILES MACHINERY INC.<br>PATRICK MUNDWILER, KENT HARTMAN<br>3944 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3009 | PATRICK MUNDWILER, KENT HARTMAN<br>PHONE: 616-698-7500<br>EMAIL: DLOURENS@STILESMACHINERY.COM | CONTRACT COUNTERPARTY | CONTINGENT UNLIQUIDATED DISPUTED | | | $1,298,769 USD |
| 3 | STUART OLSEN CONSTRUCTION<br>ASHLEY RANCOURT<br>#300 - 13777 COMMERCE PARKWAY<br>RICHMOND, BC V6V 2X3<br>CANADA | ASHLEY RANCOURT<br>PHONE: 604-271-4600 | CONTRACT COUNTERPARTY | CONTINGENT UNLIQUIDATED DISPUTED | | | $1,200,000 CAD |
| 4 | BIRD CONSTRUCTION<br>MARC DA SILVA<br>#300 - 13777 COMMERCE PARKWAY<br>RICHMOND, BC V6V 2X3<br>CANADA | MARC DA SILVA<br>PHONE: 204-775-7141 X3351 | CONTRACT COUNTERPARTY | CONTINGENT UNLIQUIDATED DISPUTED | | | $670,000 CAD |
| 5 | MARCON METALFAB INC.<br>7156 BROWN STREET<br>DELTA, BC V4G 1G8<br>CANADA | PHONE: 604-948-0977<br>FAX: 604-948-0978<br>EMAIL: ACCOUNTING@MARCONMETALFAB.COM | TRADE PAYABLE | | | | $597,667 CAD |
| 6 | SIMPSON STRONG TIE CANADA, LIMITED<br>ARTHUR MNATSAKANIAN<br>811-19055 AIRPORT WAY<br>PITT MEADOWS, BC V3Y 0G4<br>CANADA | ARTHUR MNATSAKANIAN<br>EMAIL: REMITTANCEADVICES@STRONGTIE.COM | TRADE PAYABLE | | | | $407,106 CAD |
| 7 | DAY & ROSS<br>11470 131ST STREET<br>SURREY, BC V3R 4S7<br>CANADA | PHONE: 506-375-4401<br>FAX: 506-375-4945<br>EMAIL: REMITTANCEDETAILS@DAYANDROSSINC.CA | TRADE PAYABLE | | | | $383,558 CAD |
| 8 | HEAVY TIMBER GROUP<br>KRIS SPICKLER<br>4120 DOUGLAS BLVD #306-502<br>GRANITE BAY, CA 95746 | KRIS SPICKLER<br>PHONE: (916) 797-5588 | TRADE PAYABLE | | | | $322,004 CAD |
| 9 | FOX'S TRANSPORT LTD.<br>8328 1ST STREET<br>EDMONTON, AB T6P 1X2<br>CANADA | PHONE: 780-410-1960<br>EMAIL: EMAHAWAN@FOXSTRANSPORT.COM | TRADE PAYABLE | | | | $292,785 CAD |
| 10 | HENKEL CORPORATION<br>10 FINDERNE AVE<br>BRIDGEWATER, NJ 08807 | PHONE: 908-685-7000<br>EMAIL: HA.REMIT@US.HENKEL.COM | TRADE PAYABLE | | | | $183,100 USD |
| 11 | ROTHO BLAAS USA INC<br>WILLIAM BRODERICK<br>30 WALL ST, 8TH FLOOR<br>NEW YORK, NY 10005 | WILLIAM BRODERICK<br>PHONE: 917-656-9077<br>EMAIL: USA@ROTHOBLAAS.COM | TRADE PAYABLE | | | | $174,539 USD |
| 12 | ASPECT STRUCTURAL ENGINEERS CANADA LTD<br>101-190 WEST 3RD AVENUE<br>VANCOUVER, BC V5Y 1E9<br>CANADA | PHONE: 604-389-9296<br>EMAIL: ACCOUNTS@ASPECTENGINEERS.COM | PROFESSIONAL SERVICES: ENGINEERING | | | | $207,297 CAD |
| 13 | WEYERHAEUSER NR COMPANY<br>200 OCCIDENTAL AVE S<br>SEATTLE, WA 98104 | PHONE: 206-539-4043<br>FAX: 253-928-2327<br>EMAIL: ACCTS.RECV@WY.COM | TRADE PAYABLE | | | | $123,697 USD |
| 14 | HENKEL CANADA CORPORATION<br>C/O 912360<br>PO BOX 4090 STN A<br>TORONTO, ON M5W 0E9<br>CANADA | EMAIL: HA.REMIT@US.HENKEL.COM | TRADE PAYABLE | | | | $163,220 CAD |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15  HEXION CANADA INC  C/O LBX V7444C/U BNS WHOLESALE LOCKBOX  PO BOX 7444 STATION TERMINAL  VANCOUVER, BC V6B 4E2  CANADA | PHONE: 469-749-8402  EMAIL: NORTHAMERICAAR@HEXION.COM | TRADE PAYABLE | | | | $142,307 CAD |
| 16  CONTECH CONSTRUCTION LTD  KITTY TAYLOR  150 - 12860 CLARKE PLACE  RICHMOND, BC V6V2H1  CANADA | KITTY TAYLOR  PHONE: 604-519-1711  EMAIL: ACCOUNTING@CONTECHCONSTRUCTIONLTD.COM | TRADE PAYABLE | | | | $125,208 CAD |
| 17  WESTERN LUMBER COMPANY, LLC  2240 TOWER EAST  SUITE 200  MEDFORD, OR 97504 | PHONE: 541-779-5121  FAX: 541-779-0155  EMAIL: ACCOUNTING@WESTERNLUMBER.COM | TRADE PAYABLE | | | | $112,148 CAD |
| 18  OWENS CORNING CANADA LP  C/O T10275 PO BOX 4918 STN A  TORONTO, ON M5W 0C9  CANADA | EMAIL: CASHAPPTEAM@OWENSCORNING.COM | TRADE PAYABLE | | | | $95,059 CAD |
| 19  NEW WEST INSTALLATIONS LTD  630 BEAVER LAKE ROAD  KELOWNA, BC V4V 1S7  CANADA | PHONE: 250-766-2271  FAX: 250-766-2171  EMAIL: DENISEH@NEWWESTIND.COM | TRADE PAYABLE | | | | $82,973 CAD |
| 20  BDO CANADA LLP (KELOWNA BRANCH)  400 - 1631 DICKSON AVENUE  KELOWNA, BC V1Y 0B5  CANADA | PHONE: 250-763-6700  EMAIL: EFTPAYMENTS@BDO.CA | PROFESSIONAL SERVICES: AUDITOR | | | | $77,115 CAD |
| 21  MONASHEE MANUFACTURING CORPORATION LTD  GRANT VANDERMYE  1247 ELLIS STREET  KELOWNA, BC V1Y 1Z6  CANADA | GRANT VANDERMYE  PHONE: 250-762-2646  EMAIL: L.ZHANG@MONASHEEMFG.COM;  GRANT.VAN@MONASHEEMFG.COM | TRADE PAYABLE | | | | $76,512 CAD |
| 22  TIMBER ENGINEERING INC.  MARTA MAJ  3637 WEST 6TH AVE  VANCOUVER, BC V6R 1T6  CANADA | MARTA MAJ  PHONE: 604-839-0214  FAX: 604-679-7832  EMAIL: MARTA.MAJ@TIMBERENGINEERING.CA | PROFESSIONAL SERVICDE: ENGINEERING | | | | $73,143 CAD |
| 23  TICOMTEC USA, INC  MIKHAIL GERSHFELD  500 S. JEFFERSON, ST.  PLACENTIA, CA 92870 | MIKHAIL GERSHFELD  PHONE: 714-936-4563  EMAIL: MIKHAIL.GERSHFELD@GMAIL.COM | PROFESSIONAL SERVICES: ENGINEERING | | | | $71,908 CAD |
| 24  WOODPECKER EUROPEAN TIMBER FRAMING & WOODWORKS LTD  #5 - 5 COUGAR MOUNTAIN CRESCENT  EXSHAW, AB T0L 2C1  CANADA | PHONE: 403-673-3333  EMAIL: OFFICE@EUROPEANTIMBERFRAMING.COM | TRADE PAYABLE | | | | $68,296 CAD |
| 25  BROADHEAD OPERATING DBA. HMH AGENCY  DBA HMH AGENCY  411 WASHINGTON AVE N  STE 500  MINNEAPOLIS, MN 55401 | PHONE: 503-295-1922  EMAIL: ACCOUNTING@BROADHEADCO.COM | PROFESSIONAL SERVICES: PUBLIC RELATIONS | | | | $63,376 CAD |
| 26  SWAYBACK HOLDINGS LTD.  402 WARREN AVENUE EAST  PENTICTON, BC V2A 3M2  CANADA | PHONE: 250-493-7972  EMAIL: BMEHRER@GREYBACK.COM | LEASE | | | | $60,827 CAD |
| 27  CAL-TEX LUMBER CO  2912 RAYBURN DR  NACOGDOCHES, TX 75963-1010 | PHONE: 936-564-6426  FAX: 936-5460-3888  EMAIL: CHASER@CALTEXLBR.COM | TRADE PAYABLE | | | | $42,494 USD |
| 28  MTC SOLUTIONS  UNIT 106 - 12941 115TH STREET  SURREY, BC V3R 0E2  CANADA | PHONE: 866-899-4090  EMAIL: ACCOUNTING@MTCSOLUTIONS.COM | TRADE PAYABLE | | | | $57,340 CAD |
| 29  WILLIAMS SCOTSMAN, INC  PO BOX 91975  CHICAGO, IL 60693-1975 | PHONE: 410-931-6000  EMAIL: CASHWS@WILLSCOT.COM | LEASE | | | | $40,885 USD |
| 30  FASTENAL COMPANY  650 E ROBINS STREET  CONWAY, AR 72032 | PHONE: 501-327-7273  FAX: 501-327-6994  EMAIL: USWIREPAYMENTS@FASTENAL.COM | TRADE PAYABLE | | | | $38,576 USD |

| | |
|---|---|
| Fill in this information to identify the case and this filing: | |
| Debtor Name: Structurlam Mass Timber Corporation | |
| United States Bankruptcy Court for the: | District of Delaware |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other documents that require a declaration  Combined Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| 04 / 21 / 2023 | ✘ */s/ Shawn Turkington* |
|---|---|
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | Shawn Turkington |
| | Printed name |
| | Authorized Signatory |
| | Position or relationship to debtor |

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

10769163v.2