**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**STRUCTURLAM MASS TIMBER CORPORATION (CASE NO. 23-10499)**

---

1.  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | ) Case No. 23-10497 (CTG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and, together with the Schedules, the "Schedules and Statements") filed by SLP Holdings Ltd. ("SLP"), Structurlam Mass Timber Corporation (formerly SLP Operations Ltd., "SMTC"), Structurlam Mass Timber U.S., Inc. ("SMTU"), and Natural Outcomes, LLC ("NOLLC" and together with SLP, SMTC, and SMTU, the "Company") as debtors and debtor-in-possession (collectively, the "Debtors") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Shawn Turkington, Interim Chief Financial Officer ("CFO") of the Company. Mr. Turkington has not (nor could have) personally verified the accuracy of each statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Turkington has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Turkington necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts,

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.**

## Global Notes and Overview of Methodology

1. **General Reservation of Rights.** Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Description of Case and "As Of" Information Date.** On April 21, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors continue to operate their business and manage their assets as a debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made

in these chapter 11 cases. Unless otherwise stated herein, assets and liabilities are reported as of April 21, 2023.

3.  **Basis of Presentation.** The Schedules and Statements purport to reflect the assets and liabilities of the Debtors. The Debtors reserve all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

4.  **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

5.  **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including but not limited to certain deferred expenses and deferred revenue items, lease assets and related lease liabilities and certain accrued liabilities. The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6.  **Amendments and Supplements; All Rights Reserved.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist. The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

7.  **References.**   References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

8.  **Currency.**   Amounts originally denominated in foreign currencies have been converted into U.S. dollar equivalents at the exchange rate as of April 20, 2023 for all assets and liabilities and at an average exchange rate for income statement and cash flow items.

9.  **Book Value.** Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of its net book values as of April 21, 2023. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the

Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

10. **Paid Claims.** The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees, taxes, critical vendors, shippers, and holders of claims under section 503(b)(9) of the Bankruptcy Code — pursuant to various "first day" orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities as of the Petition Date may have been reduced by post-petition payments made on account of prepetition liabilities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, after incorporating invoices received post-petition for prepetition services.  In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claim objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

11. **Recharacterization.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate prior to any plan or disclosure statement being filed.

12. **Claims of Third-Party Entities.** Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified its estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

13. **Liabilities.** The Debtors allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and post-petition periods may change. The Debtors reserve all rights to- amend the Schedules and Statements as they deem appropriate.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of

the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

14. **Guarantees and Other Secondary Liability Claims.** Where guarantees have been identified, they have been included in the relevant liability Schedule for the Debtors affected by such guarantee. The Debtors have also listed such guarantees on the applicable Schedule H. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

15. **Intercompany Claims.** The net balance of intercompany transactions between the Debtors is set forth on Schedule A/B or Schedule E/F, as applicable, and receivables are classified as current assets. Intercompany transfers between Debtors are not captured on Statement 2 or 3. The listing in the Schedules or Statement (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and a Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

16. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

17. **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. Instead, the Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

18. **Claims Description.** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and

Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

19.     **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

20.     **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

21.     **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

22.     **Employee Addresses.** Current employee, former employee, and director addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

23.     **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

24.     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

25.     **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, filebacks, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain

amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

26.    **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

27.    **Confidentiality:** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

## General Disclosures Applicable to Schedules

28.    **Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

29.    **Schedule A/B - Real and Personal Property.**

    a)    Schedule A/B.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date unless otherwise noted below.

    b)    Schedule A/B.3. Bank account balances are as of the end of business on Petition Date.

    c)    Schedule A/B.11. Accounts Receivable balances are as of the end of business on April 20, 2023 and do not include Intercompany balances.

    d)    Schedule A/B.15. Equity interests in subsidiaries and affiliates arise from common stock ownership. For purposes of these Schedules, the value of the Debtors' interests is undetermined. The book values of certain assets may materially differ from their fair market values and/or the liquidation of the assets prepared in connection with the Disclosure Statement.

    e)    Schedule A/B. Parts 5, 7, 8, and 9.
        a.  An external or professional valuation of the Debtors' physical goods inventory has not been taken.
        b.  Dollar amounts are presented net of accumulated depreciation and other adjustments as of April 20, 2023.

    f)    Schedule A/B 60-64.  Intellectual property is listed in Schedule A/B 60-64 as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ

significantly from its net book value. Nothing herein or in the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtors reserve all rights with respect to any such issues.

g)    Schedule A/B 72. Interests in Net Operating Losses ("NOLs"). Certain of the Debtors may have the ability to take advantage of NOLs, which amounts may be accumulated for more than one tax year. For combined or consolidated returns, the value of NOLs is reported at the parent level. The Debtors may have the ability to claim NOLs for subsequent years, but such amounts are estimates.

h)    Schedule A/B 74/75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim. In the ordinary course of its business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against its suppliers. Additionally, the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74/75.

i)    Schedule A/B73. Interests in Insurance Policies or Annuities. A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage and (III) Granting Related Relief* [Docket No. 10]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Accordingly, such policies are not listed on Schedule A/B, Part 11. All current insurance policies are listed in response to Schedule A/B 73.

30.    **Schedule D - Creditors Holding Secured Claims.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before April 21, 2023.

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtors' Schedule D. Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's Claim. To that end, the

Debtors take no position as to the extent or priority of any particular creditor's lien in the Schedules and Statements.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors have made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

31.   **Schedule E/F— Creditors Holding Unsecured Claims.** The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.  Further, on May 16, 2023, the Bankruptcy Court entered the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Certain Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 114], authorizing the Debtor to pay or honor certain prepetition obligations with respect to employee wages and other compensation, reimbursable employee expenses and similar benefits.  Also on May 16, 2023, the Bankruptcy Court entered the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 113].

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the

Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the Debtors. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date.

The Debtors may pay additional Claims listed on Schedule E/F during the chapter 11 cases pursuant to orders of the Bankruptcy Court, and reserve all rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

32. **Schedule G — Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, the Debtors' business is complex, and inadvertent errors, omissions, or overinclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases, which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, indemnity agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and the Debtors reserves all rights in that regard, including without limitation the right to assert that any

agreement is not executory, has expired pursuant to its terms, is severable in whole or in part, or was terminated prepetition.

33.   **Schedule H — Co-debtors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of its business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

Schedule H also reflects guarantees by the Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or are unenforceable.

## General Disclosures Applicable to Statements

34.   **Questions 1 and 2.** The gross revenue and non-business revenue reported for the current fiscal year are through April 20, 2023.

35.   **Question 3 and 4.** For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

**Question 3.** Question 3 includes any disbursement or other transfer made by the Debtors except for those made to employees.

For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in, or exercise sufficient control over the Debtors so as to dictate corporate policy and the disposition of assets. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under

applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

36.     **Question 7.** The Debtors reserve all rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

37.     **Question 10.** The Debtors have made best efforts to collect applicable and responsive information however, certain *de minimis* losses, which are not tracked separately, may have been omitted.

38.     **Question 11**. Certain of the payments listed may have been paid for services outside of debt consolidation, restructuring or bankruptcy relief.

39.     **Question 13.** While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally.

40.     **Question 26d.** The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors and their advisors and potential purchasers under the Debtors' sale process.

41.     **Question 27**. The company performs a full physical count at least once a year, no more than 30 days before year end close, for all inventory items, including finished goods, work in process, raw materials, samples, and maintenance, repair, and operating inventory. Additionally, each item of stock, covered by the approved Inventory Cycle Counting Program, must be counted at least twice annually, and achieve a 97% accuracy rate over at least 6 months.  The company's basis for inventory value is FIFO, Lower of Cost or Net Realizable Value.

42.     **Question 30.** For this question, please reference Statement of Financial Affairs, Question 4.

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber Corporation

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10499 (CTG)

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

       Copy line 88 from *Schedule A/B* ....................................................................................

    $     0.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B* ................................................................................

    $     32,519,069.43

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B* ..................................................................................

    $     32,519,069.43

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,*from line 3 of *Schedule D* ....................

    $     49,057,696.96

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................

    $     10,925.98

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................

    + $     19,758,970.99

4. **Total liabilities**

    Lines 2 + 3a + 3b ...............................................................................................................

    $     68,827,593.93

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber Corporation

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10499 (CTG)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   | | | |
   |---|---|---|
   | 2.1 Petty Cash | $ | 785.83 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
   |---|---|---|---|---|
   | 3.1 BMO | Checking | 6086 | $ | 27,232.98 |
   | 3.2 BMO | Checking | 6375 | $ | 0.00 |
   | 3.3 BMO Harris | Checking | 2447 | $ | 10,622.56 |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   |---|---|---|
   | 4.1 None | $ | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ | 38,641.37 |
   |---|---|

Debtor: Structurlam Mass Timber Corporation
_____
Name

Case number *(if known)*: 23-10499
_____

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 OK Falls Security Deposit, Swayback Holdings Ltd., 402 Warren Ave. East, Penticton, BC, Canada, V2A 3M2 | $ 113,163.00 |
|---|---|
| 7.2 Wallis Security Deposit, Eagle Homes Sales LTD., 1190 - 51 Street NE, Salmon Arm, BC, Canada, V1E 1Y1 | $ 26,119.40 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 None | $ |
|---|---|

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 139,282.40

| Debtor: | Structurlam Mass Timber Corporation | Case number *(if known)* | 23-10499 |
|---|---|---|---|
| | Name | | |

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

|  | | Description | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Trade receivables | $ 7,035,307.00 | - $ | 725,999.00 | =..... ➔ | $ | 6,309,308.00 |
| 11b. | Over 90 days old: | Trade receivables | $ 2,831,073.00 | - $ | 1,948,306.00 | =..... ➔ | $ | 882,767.00 |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 7,192,075.00

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

---

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

_____    _____    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____    _____    $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Raw materials | Continuous count | $ 3,151,000.00 | Activity based costing | $ 3,151,000.00 |
| **20. Work in progress** | | | | |
| 20.1 Work in progress | Continuous count | $ 5,021,000.00 | Activity based costing | $ 5,021,000.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished goods | Continuous count | $ 3,468,000.00 | Activity based costing | $ 3,468,000.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$ 11,640,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes.    Raw Materials, Work in Progress and Finished Goods

Description _____    Book value $ Undetermined    Valuation method _____    Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)* 23-10499

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes.  Description_____  Book value $_____  Valuation method_____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

---

Official Form 206 A/B                **Schedule A/B: Assets - Real and Personal Property**                Page 6 of 13

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

___

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1 Office Furniture | $ 20,590.90 | | $ Undetermined |
| 40. **Office fixtures** | | | |
| 40.1 Office Fixtures | $ 54,846.18 | | $ Undetermined |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Equipment | $ 104,328.14 | | $ Undetermined |
| 41.2 Computer Software | $ 26,249.58 | | $ Undetermined |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $            13,028.18 | | $            Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Schedule A/B 50 Attachment | $            4,409,489.39 | | $            Undetermined |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$            0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
_____
Name

Case number *(if known)*: 23-10499
_____

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Schedule A/B 55 Attachment | $ | 920,917.96 | | $ Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

---

<div style="background:black;color:white">**Part 10:**</div> **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $ 0.00 | | $ Undetermined |
| 61. **Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ 0.00 | | $ Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| 65. **Goodwill** | | | |
| 65.1 Goodwill | $ 3,109,215.00 | | $ Undetermined |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.

☑  Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)    Total face amount    doubtful or uncollectible accounts

71.1  See Schedule A/B 71 Attachment    $    671,641.81    - $    =.....  ➜  $    671,641.81

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  Colorado Department of Revenue    Tax year  July 2022    $    2,200.00

Description (for example, federal, state, local)

72.2  Minnesota Department of Revenue    Tax year  December 2021    $    9,109.00

Description (for example, federal, state, local)

72.3  Pennsylvania Department of Revenue    Tax year  June 2021    $    10,327.99

73. **Interests in insurance policies or annuities**

73.1  See Schedule A/B 73 Attachment    $    Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  Structurlam Mass Timber Corporation v Larocque, James    $    Undertermined

**Nature of claim**    Overpaid employee wages

**Amount requested**    $    5,223.88

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None    $

**Nature of claim**

**Amount requested**    $

76. **Trusts, equitable or future interests in property**

76.1  None    $

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1  Intercompany - Structurlam Mass Timber (US), Inc.    $    12,815,791.86

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    13,509,070.66

Debtor:   Structurlam Mass Timber Corporation

     Name

Case number *(if known)*:   23-10499

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 38,641.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 139,282.40 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 7,192,075.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 11,640,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 13,509,070.66 | |
| 91. **Total.** Add lines 80 through 90 for each column..............................91a. | $ 32,519,069.43 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................................. | | $ 32,519,069.43 |

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber Corporation

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10499 (CTG)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

2.1 **Creditor's name**

ATCO Structures & Logistics Ltd.
_Creditor's Name_

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Creditor's mailing address**

_Notice Name_
24639 Fraser Hwy
_Street_

**Describe the lien**
PPSA #376669L

**Is the creditor an insider or related party?**
☒ No
☐ Yes

| Langley Twp | BC | V2Z 2L2 |
|---|---|---|
| City | State | ZIP Code |

Canada
_Country_

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H).

**Date debt was incurred**    3/18/2019

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

| Debtor: | Structurlam Mass Timber Corporation | Case number *(if known)* | 23-10499 |
| | Name | | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

### 2.2 Creditor's name

ATCO Structures & Logistics Ltd.

Creditor's Name

**Creditor's mailing address**

Notice Name

24639 Fraser Hwy

Street

| Langley Twp | BC | V2Z 2L2 |
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    3/10/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ ☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #111237M

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

| Debtor: | Structurlam Mass Timber Corporation | Case number *(if known)* | 23-10499 |
|---------|-------------------------------------|--------------------------|----------|
| | Name | | |

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.3 Creditor's name**

**Describe debtor's property that is subject to a lien**

Bank of Montreal
Creditor's Name

Substanially all debtor's assets    $    49,057,696.96    $    Undetermined

**Creditor's mailing address**

**Describe the lien**

Notice Name
600-595 Burrard Street
Street

As described in the Credit Agreement, as amended

**Is the creditor an insider or related party?**

☐ No
☑ Yes

| Vancouver | BC | V7X 1L5 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Is anyone else liable on this claim?**

**Creditor's email address, if known**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**    12/21/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.4 **Creditor's name**

BMW Canada Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

50 Ultimate Drive

Street

Richmond Hill | ON | L4S 0C8

City | State | ZIP Code

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/9/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

　☒ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #819388L

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*  23-10499

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.5 **Creditor's name**

BMW Canada Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

50 Ultimate Drive

Street

| Richmond Hill | ON | L4S 0C8 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**     3/1/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #565693N

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.6 **Creditor's name**

Cisco Systems Capital Canada

Creditor's Name

**Creditor's mailing address**

Notice Name

181 Bay St Ste 3400 Bay Tower

Street

| Toronto | ON | M5J 2T3 |
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    8/3/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #899157N

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.7 **Creditor's name**

Ford Credit Canada Leasing

Creditor's Name

**Creditor's mailing address**

Division of Canadian Road Leasing Company

Notice Name

PO Box 2400

Street

| Edmonton | AB | T5J 5C7 |
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**   7/23/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #653592L

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

---

| Part 1: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.8 **Creditor's name**

Jim Pattison Industries Ltd.

Creditor's Name

**Creditor's mailing address**

Notice Name

4937 Regent Street

Street

| Burnaby | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    8/26/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #4258/05M

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| Debtor: | Structurlam Mass Timber Corporation | Case number *(if known)* | 23-10499 |
| | Name | | |

**Part 1:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.9 **Creditor's name**

Jim Pattison Industries Ltd.

Creditor's Name

**Creditor's mailing address**

Notice Name

4937 Regent Street

Street

| Burnaby | BC | V5C 4H4 |
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**     10/7/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement     $ _____   $ _____

**Describe the lien**

PPSA #516532M

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

| Debtor: | Structurlam Mass Timber Corporation | | Case number *(if known)* | 23-10499 |
| | Name | | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.10 **Creditor's name**

Jim Pattison Industries Ltd.
Creditor's Name

**Creditor's mailing address**

Notice Name
4937 Regent Street
Street

| Burnaby | BC | V5C 4H4 |
| City | State | ZIP Code |

Canada
Country

**Creditor's email address, if known**

**Date debt was incurred**        3/10/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement        $ _____        $ _____

**Describe the lien**

PPSA #820285M

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.11 **Creditor's name**

Jim Pattison Industries Ltd.

Creditor's Name

**Creditor's mailing address**

Notice Name

4937 Regent Street

Street

| Burnaby | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    7/19/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #119651N

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

| Debtor: | Structurlam Mass Timber Corporation | Case number *(if known)* | 23-10499 |
| --- | --- | --- | --- |
| | Name | | |

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.12 **Creditor's name**

Jim Pattison Industries Ltd.
Creditor's Name

**Creditor's mailing address**

Notice Name
4937 Regent Street
Street

| Burnaby | BC | V5C 4H4 |
| --- | --- | --- |
| City | State | ZIP Code |

Canada
Country

**Creditor's email address, if known**

**Date debt was incurred**   7/23/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement     $_____     $_____

**Describe the lien**
PPSA #130995N

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| Debtor: | Structurlam Mass Timber Corporation | | Case number *(if known)* | 23-10499 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.13 **Creditor's name**

Jim Pattison Industries Ltd.
Creditor's Name

**Creditor's mailing address**

Notice Name
4937 Regent Street
Street

| Burnaby | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Creditor's email address, if known**

**Date debt was incurred**   12/7/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement     $_____     $_____

**Describe the lien**
PPSA #414144N

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the
value of collateral.

**Column B**
Value of collateral that
supports this claim

2.14 **Creditor's name**

Jim Pattison Industries Ltd.
Creditor's Name

**Creditor's mailing address**

Notice Name
4937 Regent Street
Street

| Burnaby | BC | V5C 4H4 |
| City | State | ZIP Code |

Canada
Country

**Creditor's email address, if known**

**Date debt was incurred**    7/11/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**
PPSA #849354N

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*   23-10499

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.15 **Creditor's name**

Jim Pattison Industries Ltd.

Creditor's Name

**Creditor's mailing address**

Notice Name

4937 Regent Street

Street

| Burnaby | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    11/2/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $_____    $_____

**Describe the lien**

PPSA #179015P

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

| Debtor: | Structurlam Mass Timber Corporation | Case number *(if known)* | 23-10499 |
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* | *Column B* |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

2.16 **Creditor's name**

Levitt Machinery Canada Inc.
Creditor's Name

**Creditor's mailing address**

Notice Name

102-19433 96th Avenue
Street

| Surrey | BC | V4N 4C4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Creditor's email address, if known**

**Date debt was incurred**    11/19/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**
PPSA #380104N

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)* | 23-10499

---

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

2.17 **Creditor's name**

Levitt Machinery Canada Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

24389 Fraser Hwy

Street

| Langley | BC | V2Z 2L3 |
| --- | --- | --- |
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    1/21/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $_____    $_____

**Describe the lien**

PPSA #491599N

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)* 23-10499

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.18 **Creditor's name**

Levitt Machinery Canada Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

24389 Fraser Hwy

Street

| Langley | BC | V2Z 2L3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred** 1/21/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #491602N

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.19 **Creditor's name**

Levitt Machinery Canada Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

102-19433 96th Avenue

Street

| Surrey | BC | V4N 4C4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    8/21/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #715231L

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor: | Structurlam Mass Timber Corporation | Case number *(if known)* | 23-10499 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.20 **Creditor's name**

Levitt Machinery Canada Inc.
Creditor's Name

**Creditor's mailing address**

Notice Name

102-19433 96th Avenue
Street

| Surrey | BC | V4N 4C4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Creditor's email address, if known**

**Date debt was incurred**    2/10/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $_____    $_____

**Describe the lien**
PPSA #051907M

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*     23-10499

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.21 **Creditor's name**

Levitt Machinery General Partnership

Creditor's Name

**Creditor's mailing address**

Notice Name

24389 Fraser Hwy

Street

| Langley Twp | BC | V2Z 2L3 |
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**     4/30/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement     $ _____     $ _____

**Describe the lien**

PPSA #468471L

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

---

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

---

2.22 **Creditor's name**

Levitt Machinery General Partnership

Creditor's Name

**Creditor's mailing address**

Notice Name

24389 Fraser Hwy

Street

| Langley Twp | BC | V2Z 2L3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    1/28/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #027845M

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*   23-10499

---

**Part 1:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

2.23 **Creditor's name**

Meridian Onecap Credit Corp.

Creditor's Name

**Creditor's mailing address**

Notice Name

4710 Kingsway, Suite 1500

Street

Burnaby | BC | V5H 4M2

City | State | ZIP Code

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**   11/5/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　☒ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement   $ _____   $ _____

**Describe the lien**

PPSA #134182L

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.24 **Creditor's name**

Meridian Onecap Credit Corp.

Creditor's Name

**Creditor's mailing address**

Notice Name

4710 Kingsway, Suite 1500

Street

| Burnaby | BC | V5H 4M2 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**    12/14/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**

PPSA #428591N

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**Part 1:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.25 **Creditor's name**

New-Line Products Ltd
Creditor's Name

**Creditor's mailing address**

Notice Name
9415 189 Street
Street

| Surrey | BC | V4N 5L8 |
| City | State | ZIP Code |

Canada
Country

**Creditor's email address, if known**

**Date debt was incurred**    3/1/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As Described in the PPSA Security Agreement    $ _____    $ _____

**Describe the lien**
PPSA #799714M

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 49,057,696.96

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Blake, Cassels & Graydon LLP | | | Line 2.3 | |
| Name | | | | |
| Austin Beck | | | | |
| Notice Name | | | | |
| 855 - 2nd Street S.W. | | | | |
| Street | | | | |
| Suite 3500, Bankers Hall East Tower | | | | |
| | | | | |
| Vancouver | AB | T2P 4J8 | | |
| City | State | ZIP Code | | |
| Canada | | | | |
| Country | | | | |
| Blake, Cassels & Graydon LLP | | | Line 2.3 | |
| Name | | | | |
| Christopher Keliher | | | | |
| Notice Name | | | | |
| 855 - 2nd Street S.W. | | | | |
| Street | | | | |
| Suite 3500, Bankers Hall East Tower | | | | |
| | | | | |
| Vancouver | AB | T2P 4J8 | | |
| City | State | ZIP Code | | |
| Canada | | | | |
| Country | | | | |
| Blake, Cassels & Graydon LLP | | | Line 2.3 | |
| Name | | | | |
| Erik Fleming | | | | |
| Notice Name | | | | |
| 855 - 2nd Street S.W. | | | | |
| Street | | | | |
| Suite 3500, Bankers Hall East Tower | | | | |
| | | | | |
| Vancouver | AB | T2P 4J8 | | |
| City | State | ZIP Code | | |
| Canada | | | | |
| Country | | | | |

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known):*  23-10499

Blake, Cassels & Graydon LLP

Name

Line  2.3

Kelly Bourassa

Notice Name

855 - 2nd Street S.W.

Street

Suite 3500, Bankers Hall East Tower

| Vancouver | AB | T2P 4J8 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber Corporation

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10499 (CTG)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

California Department of Tax & Fee Administration
*Creditor Name*


*Creditor's Notice name*

PO Box 942879
*Address*


Sacramento    CA    94279-3535
*City*    *State*    *ZIP Code*


*Country*

**Date or dates debt was incurred**


**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:  $ 3,642.54    $ 3,642.54
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**


**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

**2.2  Priority creditor's name and mailing address**

Oregon Department of Revenue
Creditor Name

Creditor's Notice name

PO Box 14725
Address

| Salem | OR | 97309-0950 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $       532.84   $       532.84
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**

☑  No

☐  Yes

**2.3  Priority creditor's name and mailing address**

Receiver General - GST
Creditor Name

Canada Revenue Agency
Creditor's Notice name

PO Box 3800 Station A
Address

| Sudbury | ON | P3A 0C3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $     6,750.60   $     6,750.60
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐  No

☐  Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

0708006 BC LTD.
Creditor Name


Creditor's Notice name

Per Brian Martin
Address

c/o PO Box 359


| Kaleden | BC | V0H 1K0 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 3,739.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

1012403 BC Ltd
Creditor Name


Creditor's Notice name

dba Big Jay Express
Address

775 Martin Street


| Penticton | BC | V2A 5L8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 373.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

---

**3.3** **Nonpriority creditor's name and mailing address**

1050350 BC Ltd.
Creditor Name

_____
Creditor's Notice name

dba Reliable Transport & RV Hauling
Address

PO Box 1061

| Penticton | BC | V2A 6J9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                8,008.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

687503 BC Inc DBA Okanagan Containers
Creditor Name

_____
Creditor's Notice name

237 Maple Ave
Address

| Oliver | BC | V0H 1T9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                4,674.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.5**  **Nonpriority creditor's name and mailing address**

A & G Supply Ltd
Creditor Name

Creditor's Notice name

827 Fairweather Place
Address

| | | |
|---|---|---|
| Vernon | BC | V1T 9B5 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                457.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.6**  **Nonpriority creditor's name and mailing address**

A&S Service Group Ltd.
Creditor Name

Creditor's Notice name

115 - 1441 Clark Ave
Address

| | | |
|---|---|---|
| Penticton | BC | V2A 7K7 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              15,432.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.7 Nonpriority creditor's name and mailing address**

Absolute E-Z Up, Inc
Creditor Name

Creditor's Notice name

1121 Military Cutoff Rd
Address

STE C-385

| Wilmington | NC | 28405 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    231.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

Ace Courier Services
Creditor Name

Creditor's Notice name

122, 3016 - 10Th Avenue Ne
Address

| Calgary | AB | T2A 6A3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  1,911.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

---

**3.9** **Nonpriority creditor's name and mailing address**

Acklands - Grainger Inc

Creditor Name

Creditor's Notice name

PO Box 2970

Address

| Winnipeg | MB | R3C 4B5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                1,638.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Action Steel Sales

Creditor Name

Creditor's Notice name

2365 Barnes Street

Address

| Penticton | BC | V2A 7K6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  737.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)* 23-10499

### 3.11 Nonpriority creditor's name and mailing address

Air Liquide Canada Inc
Creditor Name

Creditor's Notice name

1250 Rene-Levesque West
Address

Suite 1700

| Montreal | QC | H3B 5E6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,906.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.12 Nonpriority creditor's name and mailing address

Akhurst Machinery Limited
Creditor Name

Creditor's Notice name

1669 Fosters Way
Address

| Delta | BC | V3M 6S7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,629.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

**3.13 Nonpriority creditor's name and mailing address**

All-Span Engineering & Construction
Creditor Name

Creditor's Notice name

Suite 201
Address

7198 Vantage Way

| Delta | BC | V4G 1K7 |
|-------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,257.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Amazon.com.ca.inc
Creditor Name

Creditor's Notice name

315 Attwell Drive
Address

| Toronto | ON | M9W5C1 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,482.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*     23-10499

---

**3.15 Nonpriority creditor's name and mailing address**

Arrow Speed Controls Ltd.
Creditor Name

Creditor's Notice name

13851 Bridgeport Road
Address

| Richmond | BC | V6V 1J6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                179.58
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.16 Nonpriority creditor's name and mailing address**

ASDAC CNC Machining Ltd.
Creditor Name

Creditor's Notice name

2521 Juliann Road
Address

| West Kelowna | BC | V1Z 2M3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $              6,904.56
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

---

| 3.17 | **Nonpriority creditor's name and mailing address** |
|---|---|

Atco Structures & Logistics Ltd
Creditor Name

Creditor's Notice name

115 Peacekeepers Drive Sw
Address

| Calgary | AB | T3E 7X4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 4,167.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** |
|---|---|

Aurora Print Solutions
Creditor Name

Creditor's Notice name

102 - 380 Okanagan Ave East
Address

| Penticton | BC | V2A 8N3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 1,446.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.19** **Nonpriority creditor's name and mailing address**

AutomationDirect
Creditor Name

Creditor's Notice name

PO Box 402417
Address

| Atlanta | GA | 30384-2417 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                958.73
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.20** **Nonpriority creditor's name and mailing address**

Avalara, INC
Creditor Name

Creditor's Notice name

Dept CH 16781
Address

| Palatine | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              5,255.43
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

---

**3.21 Nonpriority creditor's name and mailing address**

AWC Process Solutions LTD.
Creditor Name

Creditor's Notice name

9087A 198 Street
Address

| Langley | BC | V1M 3B1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 5,663.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.22 Nonpriority creditor's name and mailing address**

B & L Machine Shop
Creditor Name

Creditor's Notice name

448 Dawson Avenue
Address

| Penticton | BC | V2A 3N7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,828.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

---

3.23 **Nonpriority creditor's name and mailing address**

B. Riley Farber Advisory Inc.
Creditor Name

Creditor's Notice name

150 York Street
Address

Suite 1600

| Toronto | ON | M5H 3S5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    2,479.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**

Baron Quality Assurance
Creditor Name

Creditor's Notice name

4631 Falaise Dr.
Address

| Victoria | BC | V8Y 1B4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,555.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
_____
Name

Case number *(if known)*    23-10499

---

**3.25 Nonpriority creditor's name and mailing address**

Barry Beecroft Fuel Distributors Ltd
_____
Creditor Name

_____
Creditor's Notice name

448 Industrial Avenue East
_____
Address

_____

| Penticton | BC | V2A 3J1 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 10,372.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.26 Nonpriority creditor's name and mailing address**

BC Fasteners & Tools Ltd
_____
Creditor Name

_____
Creditor's Notice name

3, 1960 Windsor Road
_____
Address

_____

| Kelowna | BC | V1Y 4R5 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    562.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

---

**3.27 Nonpriority creditor's name and mailing address**

BC Wood Specialties Group
Creditor Name

Creditor's Notice name

Suite 200, 9292 - 200th Street
Address

| Langley | BC | V1M 3A6 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,228.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.28 Nonpriority creditor's name and mailing address**

BDO Canada LLP (Kelowna Branch)
Creditor Name

Creditor's Notice name

400 - 1631 Dickson Avenue
Address

| Kelowna | BC | V1Y 0B5 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    31,467.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

3.29 **Nonpriority creditor's name and mailing address**

BDO Canada LLP (Toronto Branch)
Creditor Name

Creditor's Notice name

222 Bay Street
Address

Suiite 2200

| Toronto | ON | M5K 1H1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,584.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**

Bell Media Inc
Creditor Name

Creditor's Notice name

33 Carmi Ave
Address

| Penticton | BC | V2A 3G4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,692.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

---

**3.31** **Nonpriority creditor's name and mailing address**

Bell Mobility Inc.
Creditor Name

Creditor's Notice name

PO Box 5480
Address

Station Terminal

| Vancouver | BC | V6B 4B5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    121.32
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.32** **Nonpriority creditor's name and mailing address**

Benjamin Moore
Creditor Name

Creditor's Notice name

1768 Springfield road
Address

| Kelowna | BC | V1Y 5V6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    16.11
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

Name

---

**3.33 Nonpriority creditor's name and mailing address**

Berry & Smith Trucking Ltd
Creditor Name

Creditor's Notice name

301 Warren Avenue East
Address

| Penticton | BC | V2A 3M1 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,556.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.34 Nonpriority creditor's name and mailing address**

Bird Construction
Creditor Name

Creditor's Notice name

#300 - 13777 Commerce Parkway
Address

| Richmond | BC | V6V 2X3 |
|----------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Contractual claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*  23-10499

**3.35  Nonpriority creditor's name and mailing address**

Bissett Fasteners Limited
Creditor Name

Creditor's Notice name

63 Fawcett Road
Address

| Coquitlam | BC | V3K 6V2 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                387.04
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.36  Nonpriority creditor's name and mailing address**

Brandner Communications Inc.
Creditor Name

Creditor's Notice name

32026 32nd Ave
Address

| Federal Way | WA | 98001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $             1,057.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.37** **Nonpriority creditor's name and mailing address**

Broadhead Operating dba. HMH Agency
Creditor Name

Creditor's Notice name

dba HMH Agency
Address

411 Washington Ave N

| Minneapolis | MN | 55401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                46,802.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**

Broadview Landscape Inc
Creditor Name

Creditor's Notice name

1019 Moosejaw St
Address

| Penticton | BC | V2A5T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 1,819.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

---

**3.39  Nonpriority creditor's name and mailing address**

CadWork Informatique Inc.
Creditor Name

Creditor's Notice name

5037 Rue Chabot
Address

| Montreal | QC | H2H 1Y7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    13,244.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.40  Nonpriority creditor's name and mailing address**

Canadian Willamette Industries Inc.
Creditor Name

Creditor's Notice name

19081 27th Avenue
Address

| Surrey | BC | V3Z 5T1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,516.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*  23-10499

Name

**3.41 Nonpriority creditor's name and mailing address**

Cascade Raider Holdings Ltd

Creditor Name

Creditor's Notice name

8335 Winston Street

Address

| Burnaby | BC | V5A 2H3 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               3,065.06

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.42 Nonpriority creditor's name and mailing address**

Castanet Holdings LP

Creditor Name

Creditor's Notice name

455 Lawrence Ave

Address

| Kelowna | BC | V1Y 6L6 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               7,121.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

**3.43  Nonpriority creditor's name and mailing address**

CDW Canada
Creditor Name

Creditor's Notice name

PO Box 57720
Address

Postal Station A
Name

| Toronto | ON | M5W 5M5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              3,822.39
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.44  Nonpriority creditor's name and mailing address**

Cintas Canada Ltd (889)
Creditor Name

Creditor's Notice name

Dept. 400004
Address

PO Box 4372 Stn A

| Toronto | ON | M5W 0J2 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              8,256.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

**3.45** **Nonpriority creditor's name and mailing address**

Cisco Systems Capital Canada Co

Creditor Name

Creditor's Notice name

88 Queens Quay

Address

Suite 2900

| Toronto | ON | M5J 0B8 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,271.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**

Cloverdale Paint Inc

Creditor Name

Creditor's Notice name

1652 Fairview Road

Address

| Penticton | BC | V2A 6A7 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    179.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)* 23-10499

3.47 **Nonpriority creditor's name and mailing address**

Coast Distributors (Kelowna) LTD

Creditor Name

Creditor's Notice name

181 Tilley Road

Address

| Kelowna | BC | V4V 2K5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                148.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

3.48 **Nonpriority creditor's name and mailing address**

Command Industries Inc.

Creditor Name

Creditor's Notice name

630 Adams Court

Address

| Kelowna | BC | V1X 7S2 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            25,740.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

**3.49** **Nonpriority creditor's name and mailing address**

Contech Construction Ltd

Creditor Name

Creditor's Notice name

150 - 12860 Clarke Place

Address

| Richmond | BC | V6V2H1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              92,897.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**

Cothrom Systems Corporation

Creditor Name

Creditor's Notice name

93030 - 5331 Headland Drive

Address

| West Vancouver | BC | V7W 3G4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              26,250.75
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Legal claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

Name

---

**3.51 Nonpriority creditor's name and mailing address**

CP Cranes Inc

Creditor Name

Creditor's Notice name

1565 Stevens Road

Address

| West Kelowna | BC | V1Z 1G2 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    10,267.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.52 Nonpriority creditor's name and mailing address**

CustomAir DBA: Britech HVAC LTD

Creditor Name

Creditor's Notice name

1835 Broadway St.

Address

| Port Coquitlam | BC | V3C 4Z1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    24,135.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

---

3.53 **Nonpriority creditor's name and mailing address**

Day & Ross
Creditor Name

Creditor's Notice name

11470 131st Street
Address

| Surrey | BC | V3R 4S7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                242,766.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.54 **Nonpriority creditor's name and mailing address**

Deringer
Creditor Name

Creditor's Notice name

PO Box 11349
Address

Succursale Centre-Ville

| Montreal | QC | H3C5H1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                5,220.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*  23-10499

---

**3.55** **Nonpriority creditor's name and mailing address**

Dowco Consultants Ltd

Creditor Name

_____

Creditor's Notice name

8621 201 Street, Suite 300

Address

_____

_____

| Langley | BC | V2Y 0G9 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    26,873.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

Eagle Power & Engineering (1984) Ltd

Creditor Name

_____

Creditor's Notice name

Box 37059

Address

_____

_____

| Nanaimo | BC | V9T6N4 |
|---------|-----|--------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    1,129.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*   23-10499

Name

**3.57 Nonpriority creditor's name and mailing address**

EB Horsman & Son

Creditor Name

Creditor's Notice name

401 Okanagan Avenue

Address

| Penticton | BC | V2A 3K1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                4,647.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

Elander Inspections Ltd.

Creditor Name

Creditor's Notice name

2500 No. 5 Road

Address

| Richmond | BC | V6X 2T1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                3,703.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

3.59 **Nonpriority creditor's name and mailing address**

elevateHR Consulting and Coaching

Creditor Name

Creditor's Notice name

3503 20th St.

Address

| Vernon | BC | V1T 4C6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    8,873.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

3.60 **Nonpriority creditor's name and mailing address**

Energy Resourcing

Creditor Name

Creditor's Notice name

#150, 205 Quarry Park Blvd SE

Address

| Calgary | AB | T2C 3E7 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    23,558.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.61  Nonpriority creditor's name and mailing address**

Enriquez, Andrew
Creditor Name

Creditor's Notice name

Address On File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,580.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.62  Nonpriority creditor's name and mailing address**

Equilibrium Consulting Inc.
Creditor Name

Creditor's Notice name

1535 West 3rd Ave
Address

Vancouver      BC          V6J 1J8
City          State          ZIP Code

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    22,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

---

**3.63** **Nonpriority creditor's name and mailing address**

Equilibrium Consulting USA INC
Creditor Name

Creditor's Notice name

1535 West 3rd Ave
Address

| Vancouver | BC | V7R 1J7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 12,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

EZ Bins
Creditor Name

Creditor's Notice name

4850B Weyerhauser Road
Address

| Okanagan Falls | BC | V0H 1R2 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 9,894.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 34 of 102

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

**3.65 Nonpriority creditor's name and mailing address**

Farber Business Advisory Services Inc.
Creditor Name

Creditor's Notice name

1120 Sheppard Avenue East
Address

Suite 300

| North York | ON | M2K 2S5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,745.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.66 Nonpriority creditor's name and mailing address**

Fast + Epp
Creditor Name

Creditor's Notice name

201-1672 West 1st Avenue
Address

| Vancouver | BC | V6J 1G1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

**3.67  Nonpriority creditor's name and mailing address**

Federal Express Canada Ltd
Creditor Name

Creditor's Notice name

PO Box 4626, Toronto Station A
Address

| Toronto | ON | M5W 5B4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,313.57
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.68  Nonpriority creditor's name and mailing address**

Forest Economic Advisors LLC
Creditor Name

Creditor's Notice name

298 Great Road, Suite 1
Address

| Littleton | MA | 1460 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    7,950.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation
_____
Name

Case number *(if known)*   23-10499

---

**3.69** **Nonpriority creditor's name and mailing address**

Fortis Bc Inc
_____
Creditor Name

_____
Creditor's Notice name

Po Box 8970 Station Main
_____
Address

_____

_____

| Vancouver | BC | V6B 4E2 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              22,504.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

Fountain Tire Penticton
_____
Creditor Name

_____
Creditor's Notice name

359 Dawson Avenue
_____
Address

_____

_____

| Penticton | BC | V2A 3N5 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              14,801.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*  23-10499

Name

**3.71  Nonpriority creditor's name and mailing address**

Fox's Transport LTD.
Creditor Name

Creditor's Notice name

8328 1st Street
Address

| Edmonton | AB | T6P 1X2 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            194,895.36
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.72  Nonpriority creditor's name and mailing address**

FP Innovations
Creditor Name

Creditor's Notice name

570, boul. St-Jean
Address

| Pointe-Claire | QC | H9R 3J9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              3,895.24
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

**3.73 Nonpriority creditor's name and mailing address**

Galina Pentecost
Creditor Name

c/o Derek Young, Kornfeld LLP
Creditor's Notice name

1100 One Bentall Centre
Address

505 Burrard Street, Box 11

| Vancouver | BC | V7X 1M5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Legal claim

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

Georg Schwarzbeck GMBH & Co KG
Creditor Name

Creditor's Notice name

25421 Pinneberg, Industriestrasse 3
Address

25410 Pinneberg, Postfach 20 27

| Pinneberg | INT | (blank) |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,121.13
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

---

**3.75** **Nonpriority creditor's name and mailing address**

Glasstep Consulting Inc.
Creditor Name

Creditor's Notice name

5796 Richards Crescent
Address

| Vernon | BC | V1B 3R1 |
|--------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,291.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

Gopher Matts, LLC dba Viking Mat Co
Creditor Name

Creditor's Notice name

7615 Smetana Lane Suite 140
Address

| Eden Prairie | MN | 55344 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,117.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*   23-10499

Name

**3.77** **Nonpriority creditor's name and mailing address**

Granville Island Hotel
Creditor Name

Creditor's Notice name

1253 Johnston Street
Address

| Vancouver | BC | V6H 3R9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,687.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**

GTI Spindle Technology, Inc
Creditor Name

Creditor's Notice name

33 Zachary Road
Address

| Manchester | NH | 3109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   20,665.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
_____
Name

Case number *(if known)*   23-10499

3.79 **Nonpriority creditor's name and mailing address**

Guillevin International Co.
_____
Creditor Name

_____
Creditor's Notice name

3920 Norland Ave, suite 205
_____
Address

PO Box 2102
_____

_____

| Vancouver | BC | V6B 3T2 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    528.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

3.80 **Nonpriority creditor's name and mailing address**

Heavy Timber Group
_____
Creditor Name

_____
Creditor's Notice name

4120 Douglas Blvd #306-502
_____
Address

_____

| Granite Bay | CA | 95746 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    234,748.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
_____
Name

Case number *(if known)*    23-10499
_____

---

**3.81** **Nonpriority creditor's name and mailing address**

Henkel Canada Corporation
_____
Creditor Name

_____
Creditor's Notice name

c/o 912360
_____
Address

PO Box 4090 STN A
_____

_____

| Toronto | ON | M5W 0E9 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    119,485.71
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.82** **Nonpriority creditor's name and mailing address**

Hexion Canada Inc
_____
Creditor Name

_____
Creditor's Notice name

c/o Lbx V7444C/U Bns Wholesale Lockbox
_____
Address

PO Box 7444 Station Terminal
_____

_____

| Vancouver | BC | V6B 4E2 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    103,709.91
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Structurlam Mass Timber Corporation
_____
Name

Case number *(if known)*   23-10499
_____

### 3.83 Nonpriority creditor's name and mailing address

Hilti (Canada) Corporation
Creditor Name

_____
Creditor's Notice name

Po Box 4206 Stn A
Address

| Toronto | ON | M5W 5L5 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            2,736.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.84 Nonpriority creditor's name and mailing address

Hitech Saws 2020
Creditor Name

_____
Creditor's Notice name

Greyback Consulting Corp
Address

106-325 Cherry Ave

| Penticton | BC | V2A 8R2 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            2,133.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

---

**3.85  Nonpriority creditor's name and mailing address**

Hundegger Canada Inc
Creditor Name

Creditor's Notice name

202 - 2914 Kingsview Boulevard Se
Address

| Airdrie | AB | T4A 0A9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 14,402.67
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.86  Nonpriority creditor's name and mailing address**

Ifm Efector Canada Inc
Creditor Name

Creditor's Notice name

2476 Argenti Road
Address

Suite 302

| Mississauga | ON | L5N 6M1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 2,116.07
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor:  Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

**3.87  Nonpriority creditor's name and mailing address**

ISL Engineering & Land Services

Creditor Name

Creditor's Notice name

Suite 100, 7909 - 51 Avenue

Address

| Edmonton | AB | T6E 5L9 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                              6,776.56
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.88  Nonpriority creditor's name and mailing address**

J&W Contracting Incorporated

Creditor Name

Creditor's Notice name

1906 Thornber Street

Address

| Summerland | BC | V0H 1Z9 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                              1,133.33
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

3.89 **Nonpriority creditor's name and mailing address**

Jim Pattison Lease
Creditor Name

Creditor's Notice name

4937 Regent Street
Address

| Burnaby | BC | V5C 4H4 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,327.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

3.90 **Nonpriority creditor's name and mailing address**

Joulin Vacuum Handling
Creditor Name

Creditor's Notice name

2551 Hwy 70 SW
Address

| Hickory | NC | 28602 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               12,102.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.91  Nonpriority creditor's name and mailing address**

Kaseya dba IT Glue
Creditor Name


Creditor's Notice name


700 - 128 W Pender Street
Address




| Vancouver | BC | V6B 1R8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              288.71
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.92  Nonpriority creditor's name and mailing address**

KBC Tools & Machinery
Creditor Name


Creditor's Notice name


108-1538 Cliveden Avenue
Address




| Delta | BC | V3M 6J8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              703.89
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.93 Nonpriority creditor's name and mailing address**

Kelowna Hot Shot Service
Creditor Name

Creditor's Notice name

3156 Appaloosa Road
Address

| Kelowna | BC | V1V 2G9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              7,189.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

KMS Tools & Equipment Ltd
Creditor Name

Creditor's Notice name

110 Woolridge Street
Address

| Coquitlam | BC | V3K 5V4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              540.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

---

**3.95 Nonpriority creditor's name and mailing address**

Kova Engineering Ltd

Creditor Name

Creditor's Notice name

101-131 Portage Close

Address

| Sherwood Park | AB | T8H 2R5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,661.71

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.96 Nonpriority creditor's name and mailing address**

Kronos

Creditor Name

Creditor's Notice name

C/O Lockbox 916110

Address

PO Box 4090

| Toronto | ON | M5W 0E9 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,899.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number (if known): 23-10499

**3.97 Nonpriority creditor's name and mailing address**

Leanne Daniels Learning Development
Creditor Name

Creditor's Notice name

5160 Haynes Road
Address

Vernon | BC | V1B 3J6
City | State | ZIP Code

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,523.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.98 Nonpriority creditor's name and mailing address**

Leavitt Machinery Canada Inc
Creditor Name

Creditor's Notice name

dba LEAVITT MACHINERY
Address

102 - 19433 96th Avenue

Surrey | BC | V4N 4C4
City | State | ZIP Code

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 25,163.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

---

3.99 **Nonpriority creditor's name and mailing address**

Lordco Auto Parts
Creditor Name

Creditor's Notice name

22866 Dewdney Trunk Road
Address

| Maple Ridge | BC | V2X 3K6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 39.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.100 **Nonpriority creditor's name and mailing address**

MacDias Enterprises Inc. dba Ace Building Centre
Creditor Name

Creditor's Notice name

PO Box 959
Address

| Oliver | BC | V0H 1T0 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*   23-10499

3.101 **Nonpriority creditor's name and mailing address**

Marcon Metalfab Inc.
Creditor Name

Creditor's Notice name

7156 Brown Street
Address

| Delta | BC | V4G 1G8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              355,340.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

3.102 **Nonpriority creditor's name and mailing address**

Marlene Higgins
Creditor Name

Creditor's Notice name

Address On File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Legal claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

3.103  **Nonpriority creditor's name and mailing address**

Masse Sales Ltd

Creditor Name

Creditor's Notice name

Unit 501,  2071 Kingsway Avenue

Address

| Port Coquitlam | BC | V3C 6N2 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                433.93
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

3.104  **Nonpriority creditor's name and mailing address**

McCann Equipment LTD

Creditor Name

Creditor's Notice name

10255, Cote-de-Liesse

Address

| Dorval | QC | H9P 1A3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                149.27
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

___

3.105 **Nonpriority creditor's name and mailing address**

McLean & Armstrong LLP
Creditor Name

Creditor's Notice name

300-1497 Marine Drive
Address

| West Vancouver | B.C. | V2T 1B8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 132.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

___

3.106 **Nonpriority creditor's name and mailing address**

Metal Supermarkets Kelowna
Creditor Name

Creditor's Notice name

1097849 BC Ltd
Address

| Kelowna | B.C. | V1X 6N6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 632.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

___

Debtor:  Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

**3.107**  **Nonpriority creditor's name and mailing address**

Mills Office Productivity
Creditor Name

Creditor's Notice name

1111 Clark Drive
Address

| Vancouver | BC | V5L 3K5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            562.96
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.108**  **Nonpriority creditor's name and mailing address**

Monashee Manufacturing Corporation Ltd
Creditor Name

Creditor's Notice name

1247 Ellis Street
Address

| Kelowna | BC | V1Y 1Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $         35,021.29
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

**3.109 Nonpriority creditor's name and mailing address**

Moses Structural Engineers

Creditor Name

Creditor's Notice name

366 Adelaide St. West

Address

Suite LL04

| Toronto | ON | M5V 1R9 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              2,605.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.110 Nonpriority creditor's name and mailing address**

Motion Canada

Creditor Name

Creditor's Notice name

Po Box 9165 Station M

Address

| Calgary | AB | T2P 5E1 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             27,237.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

Name

**3.111** **Nonpriority creditor's name and mailing address**

Mussell Crane Mfg

Creditor Name

Creditor's Notice name

Po Box 253, Station Main

Address

620 B Wellington Ave

| Chilliwack | BC | V2P 6J1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,898.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**

Napa Auto Parts (1381)

Creditor Name

Creditor's Notice name

130-1456 Fairview Road

Address

| Penticton | BC | V2A 6A2 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,311.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

3.113 **Nonpriority creditor's name and mailing address**

NCS
Creditor Name

Creditor's Notice name

729 Miner Rd
Address

| Highlands Hights | OH | 44143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,037.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

3.114 **Nonpriority creditor's name and mailing address**

New West Installations Ltd
Creditor Name

Creditor's Notice name

630 Beaver Lake Road
Address

| Kelowna | BC | V4V 1S7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 61,561.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Structurlam Mass Timber Corporation

Case number *(if known)*:  23-10499

**3.115 Nonpriority creditor's name and mailing address**

New-Line Products Ltd
Creditor Name

Creditor's Notice name

9415 - 189Th Street
Address

| Surrey | BC | V4N 5L8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 2,465.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.116 Nonpriority creditor's name and mailing address**

Norcan Fluid Power Ltd
Creditor Name

Creditor's Notice name

1867 Versatile Drive
Address

| Kamloops | BC | V1S 1C5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 7,576.93
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)* 23-10499

**3.117** **Nonpriority creditor's name and mailing address**

North Shore Pest Detective

Creditor Name

Creditor's Notice name

dba. South Okanagan Pest Detective

Address

7 - 5005 Lakeshore Drive

| Osoyoos | BC | V0H 1V6 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,787.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.118** **Nonpriority creditor's name and mailing address**

Northern Computer

Creditor Name

Creditor's Notice name

B7 - 1620 Dickson Ave

Address

| Kelowna | BC | V1Y 9Y2 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    32,082.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

3.119 **Nonpriority creditor's name and mailing address**

Nor-Val Rentals Ltd
Creditor Name

Creditor's Notice name

3004 Smith Drive
Address


Armstrong
City

B.C.
State

V0E 1B1
ZIP Code

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,851.15
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade payables


**Is the claim subject to offset?**

☑    No

☐    Yes


3.120 **Nonpriority creditor's name and mailing address**

Okanagan Office Systems
Creditor Name

Creditor's Notice name

523 Lawrence Avenue
Address


Kelowna
City

BC
State

V1Y 6L8
ZIP Code

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,599.85
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade payables


**Is the claim subject to offset?**

☑    No

☐    Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*   23-10499

---

**3.121** **Nonpriority creditor's name and mailing address**

Okanagan Water Service Dba Culligan

Creditor Name

Creditor's Notice name

1950 Windsor Road

Address

Kelowna | BC | V1Y 4R5
City | State | ZIP Code

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                88.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**

On-Route Transport LTD.

Creditor Name

Creditor's Notice name

3455 Ross Road

Address

Abbotsford | BC | V4X 1M6
City | State | ZIP Code

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              1,780.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

3.123 **Nonpriority creditor's name and mailing address**

Outside The Box Distributors Ltd.

Creditor Name

Creditor's Notice name

4500 Wellington Drive

Address

| Vernon | BC | V1T 8W3 |
|--------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,577.57

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

3.124 **Nonpriority creditor's name and mailing address**

Owens Corning Canada LP

Creditor Name

Creditor's Notice name

C/O T10275 PO Box 4918 Stn A

Address

| Toronto | ON | M5W 0C9 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,363.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*   23-10499

3.125 **Nonpriority creditor's name and mailing address**

Pacific Bolt Manufacturing LTD.

Creditor Name

Creditor's Notice name

5250 272nd Street

Address

| Langley | BC | V4W 1S3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   2,505.03
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑   No

☐   Yes

3.126 **Nonpriority creditor's name and mailing address**

Pacific Western Fire Protection (2017) Ltd.

Creditor Name

Creditor's Notice name

#16 - 2550 Acland Road

Address

| Kelowna | BC | V1X 7L4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    213.85
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor:  Structurlam Mass Timber Corporation

Case number (if known): 23-10499
                         Name

**3.127**  **Nonpriority creditor's name and mailing address**

Penta Transport LTD.
Creditor Name

Creditor's Notice name

1620 Harold Road
Address

| Nanaimo | BC | V9X 1T4 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               1,947.62
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.128**  **Nonpriority creditor's name and mailing address**

Penticton Honda Centre
Creditor Name

Creditor's Notice name

100 Industrial Avneue East
Address

| Penticton | BC | V2A 3H8 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               3,557.01
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

Name

3.129 **Nonpriority creditor's name and mailing address**

Penticton Klassic Kabs Ltd.
Creditor Name

Creditor's Notice name

PO Box 21062
Address

Lougheed Mall

| Penticton | BC | V2A 8K8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $ 447.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

3.130 **Nonpriority creditor's name and mailing address**

Penticton Towing & Recovery
Creditor Name

Creditor's Notice name

1325 Commercial Way
Address

| Penticton | BC | V2A 3H4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $ 747.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

3.131  **Nonpriority creditor's name and mailing address**

Penticton Winery Supplies Inc.

Creditor Name

Creditor's Notice name

4027 Solana Crescent

Address

| Penticton | BC | V2A 9A4 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,361.39
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

3.132  **Nonpriority creditor's name and mailing address**

Performance Bonding Surety & Insurance

Creditor Name

Creditor's Notice name

15901 Red Hill Ave Suite 100

Address

| Tustin | CA | 92780 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,290.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*     23-10499

---

**3.133 Nonpriority creditor's name and mailing address**

Permapost Products CO

Creditor Name

Creditor's Notice name

PO Box 100

Address

| Hillsboro | OR | 97123 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.134 Nonpriority creditor's name and mailing address**

Portland Bolt & Manufacturing Co., Inc

Creditor Name

Creditor's Notice name

3441 NW Guam Street

Address

| Portland | OR | 97070 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            699.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.135** **Nonpriority creditor's name and mailing address**

Prime Fasteners of BC LTD.
Creditor Name

Creditor's Notice name

3460 Gardner Court
Address

| Burnaby | BC | V5G 3K4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                616.23
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.136** **Nonpriority creditor's name and mailing address**

Quality First Plumbing and Heating Services Ltd.
Creditor Name

Creditor's Notice name

PO Box 256
Address

| Penticton | BC | V2A 6J9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                550.18
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor: Structurlam Mass Timber Corporation
          Name

Case number *(if known)*   23-10499

---

**3.137 Nonpriority creditor's name and mailing address**

R.P.B Holdings LTD.
Creditor Name

Creditor's Notice name

dba Penticton Lakeside Resort
Address

21 Lakeshore Drive West

| | | |
|---|---|---|
| Penticton | BC | V2A 7M5 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $      26,460.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.138 Nonpriority creditor's name and mailing address**

Ramsden Square Fastening Ltd
Creditor Name

Creditor's Notice name

108, 854 Mccurdy Road
Address

| | | |
|---|---|---|
| Kelowna | BC | V1X 2P7 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $      1,472.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

Name

**3.139 Nonpriority creditor's name and mailing address**

Rapid Industries

Creditor Name

Creditor's Notice name

PO Box 1410

Address

| Oliver | BC | V0H 1T0 |
|--------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49,461.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.140 Nonpriority creditor's name and mailing address**

Redwood Plastics And Rubber Corp

Creditor Name

Creditor's Notice name

19695 - 92A Avenue

Address

| Langley | BC | V1M 3B3 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,334.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

**3.141** **Nonpriority creditor's name and mailing address**

Rid-It Pest Control

Creditor Name

Creditor's Notice name

PO Box 429 Station Main

Address

| Penticton | BC | V2A 6J9 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    303.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.142** **Nonpriority creditor's name and mailing address**

Rona Inc

Creditor Name

Creditor's Notice name

PO Box 1011

Address

| Boucherville | QC | J4B 8H7 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,212.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

**3.143 Nonpriority creditor's name and mailing address**

Rona Inc.

Creditor Name

Creditor's Notice name

DBA: Dick's Lumber

Address

| Burnaby | B.C. | V5C 4T5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                76.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.144 Nonpriority creditor's name and mailing address**

Rothoblaas Canada Construction Products Inc.

Creditor Name

Creditor's Notice name

Unit 109 - 7950 Huston Road

Address

| Delta | BC | V4G 1C2 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               108.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

---

3.145 **Nonpriority creditor's name and mailing address**

Sandpiper RF Engineering Ltd
Creditor Name

Creditor's Notice name

2 Stanbrae Rd
Address

| Fergusons Cove | NS | B3V 1G4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,232.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.146 **Nonpriority creditor's name and mailing address**

SARMAX SRL
Creditor Name

Creditor's Notice name

VIA ARCHIMEDE 75
Address

| LIMIDI DI SOLIERA | MODENA | 41010 |
|---|---|---|
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,197.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

3.147 **Nonpriority creditor's name and mailing address**

Shaw Cable
Creditor Name

Creditor's Notice name

Po Box 2468 Stn M
Address

| | | |
|---|---|---|
| Calgary | AB | T2P 4Y2 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                487.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

3.148 **Nonpriority creditor's name and mailing address**

Sherwood Trophies & Signs Ltd.
Creditor Name

Creditor's Notice name

498 Vees Drive
Address

| | | |
|---|---|---|
| Penticton | BC | V2A 7Y6 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 39.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

3.149 **Nonpriority creditor's name and mailing address**

Signode Packaging Group Canada ULC
Creditor Name

Creditor's Notice name

241 Gough Road
Address

| Markham | ON | L3R 5B3 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    550.20
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

3.150 **Nonpriority creditor's name and mailing address**

Simpson Strong Tie Canada, Limited
Creditor Name

Creditor's Notice name

811-19055 Airport Way
Address

| Pitt Meadows | BC | V3Y 0G4 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 12,659.82
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

Name

---

3.151 **Nonpriority creditor's name and mailing address**

SLP Holdings Ltd.
Creditor Name

Creditor's Notice name

2176 Government Street
Address

| Penticton | BC | V2A 8B5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,951,350.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.152 **Nonpriority creditor's name and mailing address**

Smithson Employment Law Corporation
Creditor Name

Creditor's Notice name

306 - 1500 Hardy Street
Address

| Kelowna | BC | V1Y 8H2 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,939.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*    23-10499

---

3.153 **Nonpriority creditor's name and mailing address**

South Okanogan Security Services Ltd.

Creditor Name

Creditor's Notice name

104 - 1960 Barnes Street

Address

| Penticton | BC | V2A 4C3 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    627.20
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒    No

☐    Yes

---

3.154 **Nonpriority creditor's name and mailing address**

Splash Media Group Inc.

Creditor Name

Creditor's Notice name

1010 4th Ave

Address

| Prince George | BC | V2L 3J1 |
|---------------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    490.80
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒    No

☐    Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 79 of 102

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

Name

**3.155  Nonpriority creditor's name and mailing address**

St. John Society (British Columbia and Yukon)

Creditor Name

Creditor's Notice name

120 - 316 Cambie Street

Address

| | | |
|---|---|---|
| Vancouver | BC | V5Z 3B2 |
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                1,127.76

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.156  Nonpriority creditor's name and mailing address**

Storagepipe Solutions Inc.

Creditor Name

Creditor's Notice name

3080 Yonge St., Suite 6000

Address

| | | |
|---|---|---|
| Toronto | ON | M4N 3N1 |
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                7,261.43

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

**3.157** **Nonpriority creditor's name and mailing address**

Stuart Olsen Construction

Creditor Name

Creditor's Notice name

#300 - 13777 Commerce Parkway

Address

| Richmond | BC | V6V 2X3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Contractual claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.158** **Nonpriority creditor's name and mailing address**

Summit International Trade Services

Creditor Name

Creditor's Notice name

360 Okanagan Avenue East

Address

| Penticton | BC | V2A 8N3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    606.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

3.159 **Nonpriority creditor's name and mailing address**

Superior Propane a Division of Superior Plus LP
Creditor Name

Creditor's Notice name

6750 Century Ave
Address

| Mississauga | ON | M5W0J5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            7,745.63
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑    No

☐    Yes

3.160 **Nonpriority creditor's name and mailing address**

Superior Septic Services
Creditor Name

Creditor's Notice name

150 Commercial Place
Address

| Penticton | BC | V2A 3H7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            1,752.16
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑    No

☐    Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

| Name | |

**3.161** **Nonpriority creditor's name and mailing address**

Sutton Place Hotel
Creditor Name

Creditor's Notice name

310-1755 West Broadway
Address

| Vancouver | BC | V6J 4S5 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 1,012.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.162** **Nonpriority creditor's name and mailing address**

Swayback Holdings Ltd.
Creditor Name

Creditor's Notice name

402 Warren Avenue East
Address

| Penticton | BC | V2A 3M2 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 45,130.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

3.163 **Nonpriority creditor's name and mailing address**

TAL Quality Consultants, LLC
Creditor Name

Creditor's Notice name

737 East 3200 South
Address

| Preston | ID | 83263 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                487.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

3.164 **Nonpriority creditor's name and mailing address**

Telus Communications Inc.
Creditor Name

Creditor's Notice name

c/o Telus Services
Address

Attn: Payment Experience

| Vancouver | BC | V8B 8P3 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              2,066.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)* 23-10499

Name

**3.165 Nonpriority creditor's name and mailing address**

Telus Mobility

Creditor Name

Creditor's Notice name

PO Box 8950

Address

Stn Terminal

| Vancouver | BC | V6B 3C3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,040.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

Tenaquip Limited

Creditor Name

Creditor's Notice name

Tenaquip Limitee

Address

22555 Aut Transcanadienne

| Senneville | QC | H9X 3L7 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,918.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

| | |
|---|---|

3.167 **Nonpriority creditor's name and mailing address**

Texcan

Creditor Name

Creditor's Notice name

Division of Sonepar Canada Inc

Address

10449 120th Street

| Surrey | BC | V3V 4G4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,859.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

3.168 **Nonpriority creditor's name and mailing address**

The Electric Blacksmith Ltd.

Creditor Name

Creditor's Notice name

114-1091 Commercial Place

Address

| Squamish | BC | V8B 1B5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 996.53

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Structurlam Mass Timber Corporation

Case number *(if known)*     23-10499

---

**3.169  Nonpriority creditor's name and mailing address**

The Sansin Corporation

Creditor Name

Creditor's Notice name

111 MacNab Avenue

Address

| Strathroy | ON | N7G 4J6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    15,008.56

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.170  Nonpriority creditor's name and mailing address**

The Sherwin-Williams Company

Creditor Name

Creditor's Notice name

701 Main Street

Address

| Penticton | BC | V2A 5E1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    343.06

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*  23-10499
Name

**3.171 Nonpriority creditor's name and mailing address**

Thomas Skinner & Son Limited
Creditor Name

Creditor's Notice name

13880 Vulcan Way
Address

| Richmond | BC | V6V 1K6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $            1,743.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.172 Nonpriority creditor's name and mailing address**

TICOMTEC USA, INC
Creditor Name

Creditor's Notice name

500 S. Jefferson, St.
Address

| Placentia | CA | 92870 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $           33,267.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Structurlam Mass Timber Corporation
_____
Name

Case number *(if known)*    23-10499
_____

**3.173  Nonpriority creditor's name and mailing address**

Timber Engineering Inc.
_____
Creditor Name

_____
Creditor's Notice name

3637 West 6th Ave
_____
Address

_____

_____

| Vancouver | BC | V6R 1T6 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              85,399.17
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.174  Nonpriority creditor's name and mailing address**

Timberline Tooling dba AceCo Precision Tools
_____
Creditor Name

_____
Creditor's Notice name

4419 Federal Way
_____
Address

_____

_____

| Boise | ID | 83716 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              24,890.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

---

3.175 **Nonpriority creditor's name and mailing address**

Top Cat Tours
Creditor Name

Creditor's Notice name

3635 Cobblestone Drive
Address

| Abbotsford | BC | V2S7J8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 683.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.176 **Nonpriority creditor's name and mailing address**

Uline Canada Corporation
Creditor Name

Creditor's Notice name

Box 3500 RPO Streetsville
Address

| Mississauga | ON | L5M 0S8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 3,030.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*   23-10499

3.177 **Nonpriority creditor's name and mailing address**

Ultimate Kronos Group

Creditor Name

Creditor's Notice name

144 Bloor Street West

Address

Suite 400

Toronto | ON | M5S 1M4
---|---|---
City | State | ZIP Code

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   11,162.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

3.178 **Nonpriority creditor's name and mailing address**

UPS Canada

Creditor Name

Creditor's Notice name

PO Box 4900, Station A

Address

Toronto | ON | M5W 0A7
---|---|---
City | State | ZIP Code

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   47.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.179** **Nonpriority creditor's name and mailing address**

Van Houtte Coffee Services
Creditor Name

Creditor's Notice name

105 - 2250 Acland Road
Address

| Kelowna | BC | V1X 6N6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            1,605.03
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.180** **Nonpriority creditor's name and mailing address**

Vesper Transport LTD.
Creditor Name

Creditor's Notice name

2115 Wooden Road
Address

| Cawston | BC | V0X 1C1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            5,564.62
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

| | |
|---|---|

**3.181 Nonpriority creditor's name and mailing address**

Wal-Kat Lift Truck Ltd
Creditor Name

Creditor's Notice name

2000 Barnes Street
Address


| Penticton | BC | V2A 4C3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 105.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.182 Nonpriority creditor's name and mailing address**

Walmart Inc.
Creditor Name

Michael Guptan, Vice President, Corporate Development
Creditor's Notice name

702 S.W. 8th Street
Address


| Bentonville | AR | 72716 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Loan Guarantee

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*    23-10499

Name

**3.183 Nonpriority creditor's name and mailing address**

Waste Connections Of Canada Inc

Creditor Name

Creditor's Notice name

112, 1219 Commercial Way

Address

| Penticton | BC | V2A 3H4 |
|-----------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,346.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.184 Nonpriority creditor's name and mailing address**

Waste Management Of Canada Corp

Creditor Name

Creditor's Notice name

Po Box 15259 Station A

Address

| Toronto | ON | M5W 1C1 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                198.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.185 Nonpriority creditor's name and mailing address**

Wesco Industries Ltd
Creditor Name

Creditor's Notice name

Unit 1, 9663  - 199A Street
Address

| Langley | BC | V1M 2X7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 1,299.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

West Manufacturing Ltd
Creditor Name

Creditor's Notice name

2930 Marmot Lane
Address

| Kelowna | BC | V4T 1T8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                   741.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.187**  **Nonpriority creditor's name and mailing address**

West Wind Hardwood Inc.
Creditor Name

Creditor's Notice name

PO Box 2205
Address

| Sidney | BC | V8L 3S8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                      6,773.04
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.188**  **Nonpriority creditor's name and mailing address**

Westburne West
Creditor Name

Creditor's Notice name

5600 Keaton Crescent
Address

| Mississauga | ON | M5J 1S9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                      6,443.53
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.189 Nonpriority creditor's name and mailing address**

Western Forest Products US Inc.
Creditor Name

Creditor's Notice name

218 "V" Street
Address

PO Box 489

| Vancouer | WA | 98666-0489 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              15,930.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

Western Gasco
Creditor Name

Creditor's Notice name

#4-18925 94TH Avenue
Address

| Surrey | BC | V4N 4X5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                 372.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*    23-10499

**3.191** **Nonpriority creditor's name and mailing address**

Western Lumber Company, LLC
Creditor Name

Creditor's Notice name

2240 Tower East
Address

Suite 200

| Medford | OR | 97504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                83,880.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.192** **Nonpriority creditor's name and mailing address**

Windsor Plywood
Creditor Name

Creditor's Notice name

174 Industrial Place
Address

| Penticton | BC | V2A 7C8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                129.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

Name

**3.193 Nonpriority creditor's name and mailing address**

Wiseworth Canada Industries Ltd

Creditor Name

Creditor's Notice name

101, 19298 - 21St Avenue

Address

| Surrey | BC | V3Z 3M3 |
|--------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,665.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

Woodpecker European Timber Framing & Woodworks Ltd

Creditor Name

Creditor's Notice name

#5 - 5 Cougar Mountain Crescent

Address

| Exshaw | AB | T0L 2C1 |
|--------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,602.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Structurlam Mass Timber Corporation

Case number *(if known)*: 23-10499

3.195 **Nonpriority creditor's name and mailing address**

Work Safe BC
Creditor Name

Creditor's Notice name

PO BNox 9600 Stn Terminal
Address

| Vancouver | BC | V6B5J5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,385.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

3.196 **Nonpriority creditor's name and mailing address**

ZOHO Canada Corporation
Creditor Name

Creditor's Notice name

2400 - 333 Bay Street
Address

| Toronto | ON | M5H2T6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,622.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Bank of Montreal<br>Name<br><br>Alex Melnikov, Director, BMO Sponsor Finance<br>Notice Name<br><br>595 Burrard Street<br>Street<br><br>6th Floor<br><br>Vancover  BC  V7X 1L7<br>City  State  ZIP Code<br><br>Canada<br>Country | Line  3.182<br>☐  Not Listed.Explain | |
| **4.2** Walmart Inc.<br>Name<br><br>David Hollander, Senior Assocate GC, M&A<br>Notice Name<br><br>702 S.W. 8th Street<br>Street<br><br><br>Bentonville  AR  72716<br>City  State  ZIP Code<br><br>Country | Line  3.182<br>☐  Not Listed.Explain | |
| **4.3** Walmart Inc.<br>Name<br><br>Matt Allen, Vice President, Finance<br>Notice Name<br><br>702 S.W. 8th Street<br>Street<br><br><br>Bentonville  AR  72716<br>City  State  ZIP Code<br><br>Country | Line  3.182<br>☐  Not Listed.Explain | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $                10,925.98 |
| 5b. **Total claims from Part 2** | 5b. **+** | $            19,758,970.99 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $            19,769,896.97 |

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber Corporation

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10499 (CTG)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LAGUNA CLARA | ADVANCED CONSTRUCTION SOUTHWEST |
| | | | Name |
| | | | PHIL STULTS |
| | | | Notice Name |
| | | | 1580 N. BATAVIA ST., STE. 1 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| ORANGE | CA | 92867 |
| City | State | ZIP Code |

| Country |

| | | | |
|---|---|---|---|
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | BC PASSIVE HOUSE | BC PASSIVE HOUSE |
| | | | Name |
| | | | TONY FUEZ |
| | | | Notice Name |
| | | | 1928 ARTISAN ROAD |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| PEMBERTON | BC | V0N 2K0 |
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*: 23-10499

---

**2.3** **State what the contract or lease is for and the nature of the debtor's interest**

EMPLOYMENT AGREEMENT

BERT BAZLEY
Name

Notice Name

ADDRESS ON FILE
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**

BLACK SAPPHIRE BMW X3 M40I - 2021

BMW CANADA INC.
Name

Notice Name

50 ULTIMATE DRIVE
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| RICHMOND HILL | ON | L4S OC8 |

CANADA
Country

---

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**

OSCAR JOHNSON JR. COMM CTR

BROOKSTONE MANAGEMENT, LLC
Name

JERAMY MOFFITT
Notice Name

3715 DACOMA ST
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| HOUSTON | TX | 77092 |

Country

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

---

**2.6** **State what the contract or lease is for and the nature of the debtor's interest**

WILLITS RESIDENTIAL CTR

**State the term remaining**

**List the contract number of any government contract**

BROWARD BUILDERS
Name

SHAWN APPLETON
Notice Name

1200 EAST KENTUCKY AVE
Address

| WOODLAND | CA | 95776 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.7** **State what the contract or lease is for and the nature of the debtor's interest**

UC BERKLEY RESTROOMS

**State the term remaining**

**List the contract number of any government contract**

BUHLER COMMERCIAL CONSTRUCTION
Name

JIN TANG/STEVE BUHLER
Notice Name

400 BRANNAN STREET, SUITE 204
Address

| SAN FANCISCO | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.8** **State what the contract or lease is for and the nature of the debtor's interest**

BVES OFFICE

**State the term remaining**

**List the contract number of any government contract**

BULKLEY VALLEY ENGINEERING SERVICES LTD.
Name

EERIK LILLES
Notice Name

3763 1 AVE
Address

| SMITHERS | BC | V0J 2N0 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |

Country

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*:  23-10499

---

**2.9** **State what the contract or lease is for and the nature of the debtor's interest**

PURCHASE ORDER FOR TOTAL AMOUNT OF $13,795,897.50

CANADIAN FOREST PRODUCTS LTD.

Name

Notice Name

1700 W 75TH AVE #100

Address

**State the term remaining**

**List the contract number of any government contract**

| VANCOUVER | BC | V6P 6G2 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

---

**2.10** **State what the contract or lease is for and the nature of the debtor's interest**

CISCO HYPERFLEX SERVER CLUSTER

CISCO SYSTEMS CAPITAL CANADA CO

Name

JEFF RODRIGUEZ

Notice Name

181 BAY ST, SUITE 3400 BAY TOWER

Address

**State the term remaining**

**List the contract number of any government contract**

| TORONTO | ON | M5J 2T3 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

---

**2.11** **State what the contract or lease is for and the nature of the debtor's interest**

EMPLOYMENT AGREEMENT

DAVE BROUGHAM

Name

Notice Name

ADDRESS ON FILE

Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

| | | | |
|---|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | KNOXVILLE MULTI-USE STADIUM | DENARK CONSTRUCTION |
| | | | Name |
| | | | MOHAMED ABBAS |
| | | | Notice Name |
| | | | 1635 WESTERN AVE |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | KNOXVILLE |

| City | State | ZIP Code |
|---|---|---|
| KNOXVILLE | TN | 37921 |

Country

| | | | |
|---|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | SONOMA PERF ARTS CTR | DPR CONSTRUCTION |
| | | | Name |
| | | | DANIEL BERSON |
| | | | Notice Name |
| | | | 1450 VETERANS BLVD. |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| REDWOOD | CA | 94063 |

Country

| | | | |
|---|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | RRU WEST SHORE CAMPUS | DURWEST CONSTRUCTION MANAGEMENT INC. |
| | | | Name |
| | | | TOM HOWE |
| | | | Notice Name |
| | | | 401 - 655 TYEE ROAD |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| VICTORIA | BC | V9A 6X5 |
| CANADA | | |

Country

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

**2.15** State what the contract or lease is for and the nature of the debtor's interest

OK FALLS-WALLIS RD. LEASE

EAGLE HOMES SALES LTD.
Name

JODI BLAND
Notice Name

120 HARBOURFRONT DRIVE NE
Address

State the term remaining

List the contract number of any government contract

| SALMON ARM | BC | V1E 2T3 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

**2.16** State what the contract or lease is for and the nature of the debtor's interest

OLIVER FACILITY LEASE

FFD DEVITO INVESTMENTS LTD.
Name

FRANK DEVITO
Notice Name

7789 MUNROE CRESCENT
Address

State the term remaining

List the contract number of any government contract

| VANCOUVER | BC | V5S 3J9 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

**2.17** State what the contract or lease is for and the nature of the debtor's interest

FORD F150 - 2019

FORD CREDIT CANADA LEASING
Name

Notice Name

198 PARKWAY PLACE
Address

State the term remaining

List the contract number of any government contract

| PENTICTON | BC | V2A 8G8 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)* 23-10499

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | WLLLAMETE WTP | FRED SHEARER & SONS, INC, |
|---|---|---|---|
| | | | Name |
| | | | JEFF GOEMMEL |
| | | | Notice Name |
| | State the term remaining | | 8015 SW HUNZIKER ROAD |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | TIGARD | OR | 97223 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL | GLASSTEP CONSULTING INC. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | | 5796 RICHARDS CRESCENT |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | VERNON | BC | V1B 3R1 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | CANADA | | |

Country

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | RBOC CANOPY | HENSEL PHELPS CONSTRUCTION CO. |
|---|---|---|---|
| | | | Name |
| | | | JORDAN KENNEDY |
| | | | Notice Name |
| | State the term remaining | | 420 SIXTH AVENUE |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | GREELEY | CO | 80631 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

---

**2.21** State what the contract or lease is for and the nature of the debtor's interest: THEODORE ROOSEVELT PRESIDENTIAL LIBRARY

JE DUNN CONSTRUCTION
Name

RYAN CHRISTENSON
Notice Name

766 ELKS DRIVE, SUITE B
Address

State the term remaining

List the contract number of any government contract

| DICKINSON | ND | 5B601 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.22** State what the contract or lease is for and the nature of the debtor's interest: 2020 TOYOTA TACOMA - GREY

JIM PATTISON INDUSTRIES LTD. DBA JIM PATTISON LEASE
Name

LANA PROKOPUIK
Notice Name

4937 REGENT ST.
Address

State the term remaining

List the contract number of any government contract

| BURNABY | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

---

**2.23** State what the contract or lease is for and the nature of the debtor's interest: 2021 NISSAN MURANO AWD

JIM PATTISON INDUSTRIES LTD. DBA JIM PATTISON LEASE
Name

LANA PROKOPUIK
Notice Name

4937 REGENT ST.
Address

State the term remaining

List the contract number of any government contract

| BURNABY | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

---

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*: 23-10499

**2.24** **State what the contract or lease is for and the nature of the debtor's interest**

GMC SIERRA 1500 - 2020

JIM PATTISON INDUSTRIES LTD. DBA JIM PATTISON LEASE
Name

LANA PROKOPUIK
Notice Name

4937 REGENT ST.
Address

**State the term remaining**

**List the contract number of any government contract**

| BURNABY | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

**2.25** **State what the contract or lease is for and the nature of the debtor's interest**

HYUNDAI KONA - 2019

JIM PATTISON INDUSTRIES LTD. DBA JIM PATTISON LEASE
Name

LANA PROKOPUIK
Notice Name

4937 REGENT ST.
Address

**State the term remaining**

**List the contract number of any government contract**

| BURNABY | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

**2.26** **State what the contract or lease is for and the nature of the debtor's interest**

TOYOTA TUNDRA - 2022

JIM PATTISON INDUSTRIES LTD. DBA JIM PATTISON LEASE
Name

LANA PROKOPUIK
Notice Name

4937 REGENT ST.
Address

**State the term remaining**

**List the contract number of any government contract**

| BURNABY | BC | V5C 4H4 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*: 23-10499

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | WHITE TOYOTA TUNDRA - 2017 | JIM PATTISON INDUSTRIES LTD. DBA JIM PATTISON LEASE |
|---|---|---|---|
| | | | Name |
| | | | LANA PROKOPUIK |
| | | | Notice Name |
| | | | 4937 REGENT ST. |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | | BURNABY | BC | V5C 4H4 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | CANADA | | |
| | | | Country | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CHERAPA IV | JOURNEY GROUP COMPANIES |
|---|---|---|---|
| | | | Name |
| | | | JOE NIEWOHNER |
| | | | Notice Name |
| | | | 4500 WEST 58TH STREET |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | | SIOUX FALLS | SD | 57108 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | OK FALLS-1675 MAPLE ST. LEASE | KERR PROPERTIES LTD. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2300 - 550 BURRARD STREET |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | | VANCOUVER | BC | V6C 2B5 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | CANADA | | |
| | | | Country | | |

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | TAYLOR FORKLIFT S/N GT100L | LEAVITT MACHINERY |
|---|---|---|---|
| | | | Name |
| | | | DARIN BODNAR |
| | | | Notice Name |
| | | | 110-801 WADDINGTON DR |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| VERNON | BC | V1T 8T5 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | C2200 COMBILIFT S/N 48077 | LEAVITT MACHINERY GENERAL PARTNERSHIP DBA LEAVITT MACHINERY |
|---|---|---|---|
| | | | Name |
| | | | JOHN MUTIS |
| | | | Notice Name |
| | | | #201 – 19433 96TH AVENUE |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| SURREY | BC | V4N 4C4 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | CAT GP55N1 FORKLIFT S/N AT33CO90319 | LEAVITT MACHINERY GENERAL PARTNERSHIP DBA LEAVITT MACHINERY |
|---|---|---|---|
| | | | Name |
| | | | JOHN MUTIS |
| | | | Notice Name |
| | | | #201 – 19433 96TH AVENUE |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| SURREY | BC | V4N 4C4 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

Debtor: Structurlam Mass Timber Corporation
        Name

Case number *(if known)*    23-10499

**2.33** State what the contract or lease is for and the nature of the debtor's interest

C2200 COMBILIFT S/N 43302

LEAVITT MACHINERY GENERAL PARTNERSHIP DBA LEAVITT MACHINERY
Name

JOHN MUTIS
Notice Name

24389 FRASER HIGHWAY
Address

State the term remaining

List the contract number of any government contract

| LANGLEY | BC | V2Z 2L3 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

**2.34** State what the contract or lease is for and the nature of the debtor's interest

CATERPILLAR FORKLIFT S/N GP50CN1

LEAVITT MACHINERY GENERAL PARTNERSHIP DBA LEAVITT MACHINERY
Name

DARIN BODNAR
Notice Name

24389 FRASER HIGHWAY
Address

State the term remaining

List the contract number of any government contract

| LANGLEY | BC | V2Z 2L3 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

**2.35** State what the contract or lease is for and the nature of the debtor's interest

HYUNDAI FORKLIFT S/N 80D-9

LEAVITT MACHINERY GENERAL PARTNERSHIP DBA LEAVITT MACHINERY
Name

JOHN MUTIS
Notice Name

24389 FRASER HIGHWAY
Address

State the term remaining

List the contract number of any government contract

| LANGLEY | BC | V2Z 2L3 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

Debtor: Structurlam Mass Timber Corporation

Name

Case number (if known): 23-10499

| | | | |
|---|---|---|---|
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | GOOGLE YOUTUBE SBO PHASE 1 | LEVEL 10 CONSTRUCTION LP |
| | | | Name |
| | | | SHIRLEY SAN DIEGO/ DOUG COLLINS |
| | | | Notice Name |
| | | | 1050 ENTERPRISE WAY, SUITE 250 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| SUNNYVALE | CA | 94089 |

Country

| | | | |
|---|---|---|---|
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | PARK VISTA | MDM CONSTRUCTION CO LTD |
| | | | Name |
| | | | STEVE REMPEL |
| | | | Notice Name |
| | | | 2-6285 205TH STREET |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| LANGLEY | BC | V2Y 1N7 |

CANADA

Country

| | | | |
|---|---|---|---|
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | PHOTOCOPIERS (10) | MERIDIAN ONECAP CREDIT CORP. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4710 KINGSWAY, SUITE 1500 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| BURNABY | BC | V5H 4M2 |

CANADA

Country

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*:  23-10499

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | PHOTOCOPIERS (2) | MERIDIAN ONECAP CREDIT CORP. |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4710 KINGSWAY, SUITE 1500 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | | BURNABY | BC | V5H 4M2 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | CANADA | | |
| | | | Country | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | HIGH LINE CONNECTOR | METROPOLITAN WALTERS LLC |
|------|------|------|------|
| | | | Name |
| | | | DAVID PSACRITA |
| | | | Notice Name |
| | | | 214 W 29TH STREET |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | | NEW YORK | NY | 10001 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | TERRALEX WINERY | MINGLIAN GROUP |
|------|------|------|------|
| | | | Name |
| | | | ALEX ZHANG |
| | | | Notice Name |
| | | | 760 W GEORGIA |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | | VANCOUVER | BC | V6E 4E6 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | CANADA | | |
| | | | Country | | |

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*: 23-10499

| | | |
|---|---|---|
| **2.42** | **State what the contract or lease is for and the nature of the debtor's interest** | VA YOUNTVILLE |
| | | |

RICHARD HANCOCK, INC.
Name

ISAAC LAMAR
Notice Name

1029 THIRD STREET
Address

**State the term remaining**

**List the contract number of any government contract**

| SANTA ROSA | CA | 95404 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.43** | **State what the contract or lease is for and the nature of the debtor's interest** | VA YOUNTVILLE |

RICHARD HANCOCK, INC.
Name

ISAAC LAMAR
Notice Name

1029 THIRD STREET
Address

**State the term remaining**

**List the contract number of any government contract**

| SANTA ROSA | CA | 95404 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.44** | **State what the contract or lease is for and the nature of the debtor's interest** | FALLING ROCK RESIDENCE |

RITCHIE CONTRACTING & DESIGN LTD.
Name

JESSICA ROBINSON
Notice Name

#104, 198 WINNIPEG ST
Address

**State the term remaining**

**List the contract number of any government contract**

| PENTICTON | BC | V2A 5M1 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |

Country

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

| | | |
|---|---|---|
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | PENTICTON FACILITY LEASE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

SWAYBACK HOLDINGS1983 LTD.
Name

MATTHEW GEORGE KENYON, PRESIDENT
Notice Name

402 WARREN AVENUE EAST
Address

| PENTICTON | BC | V2A 3M2 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

| | | |
|---|---|---|
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | CELINA POLICE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TIMBERLYNE GROUP
Name

BEN DUCKWORTH
Notice Name

613 HWY 46 E
Address

| BOERNE | TX | 78006 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLDEN GATE PARK GOLF CLUBHOUSE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TREATY CONSTRUCTION
Name

BARRY DOHERTY
Notice Name

2278 44TH AVENUE
Address

| SAN FRANCISCO | CA | 94116 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known)*: 23-10499

---

**2.48** State what the contract or lease is for and the nature of the debtor's interest

COLLECTIVE BARGAINING AGREEMENT

State the term remaining

List the contract number of any government contract

UNITED STEELWORKERS (USW)
Name

DAVID R. JURY, ESQUIRE
Notice Name

60 BOULEVARD OF THE ALLIES, ROOM 807
Address

| PITTSBURGH | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.49** State what the contract or lease is for and the nature of the debtor's interest

COLLECTIVE BARGAINING AGREEMENT

State the term remaining

List the contract number of any government contract

UNITED STEELWORKERS (USW)
Name

SUSAN E. KAUFMAN, ESQUIRE
Notice Name

919 N. MARKET STREET, SUITE 460
Address

| WILMINGTON | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.50** State what the contract or lease is for and the nature of the debtor's interest

COWICHAN SECONDARY

State the term remaining

List the contract number of any government contract

URBAN ONE SPECIAL PROJECTS INC.
Name

WENDY CHAN
Notice Name

50 WEST 7TH AVENUE
Address

| VANCOUVER | BC | V5Y 1L6 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

---

Debtor: Structurlam Mass Timber Corporation

Name

Case number *(if known):*    23-10499

| | | |
|---|---|---|
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | ASANTE CANOPY |

| WESTERN PARTITIONS INC. |
|---|
| Name |
| JAMES COE |
| Notice Name |
| 4745 PACIFIC AVE |

**State the term remaining**

Address

**List the contract number of any government contract**

| EUGENE | OR | 97402 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | ZENTERRA APARTMENTS |

| ZENTERRA DEVELOPMENTS |
|---|
| Name |
| CHRIS MUNRO |
| Notice Name |
| 216-2630 CROYDON DR |

**State the term remaining**

Address

**List the contract number of any government contract**

| SURREY | BC | V3Z 6T3 |
|---|---|---|
| City | State | ZIP Code |
| CANADA | | |
| Country | | |

| Fill in this information to identify the case: |
| --- |
| Debtor Name: In re : Structurlam Mass Timber Corporation |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (if known): 23-10499 (CTG) |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑  Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- | --- |
| **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| 2.1 Natural Outcomes, LLC | 2176 Government Street Street | | | Bank of Montreal | ☑ D |
| | | | | | ☐ E/F |
| | | | | | ☐ G |
| | Penticton City | BC State | V2A 8B5 ZIP Code | | |
| | Country | | | | |
| 2.2 SLP Holdings Ltd. | 2176 Government Street Street | | | Bank of Montreal | ☑ D |
| | | | | | ☐ E/F |
| | | | | | ☐ G |
| | Penticton City | BC State | V2A 8B5 ZIP Code | | |
| | Country | | | | |

Debtor: Structurlam Mass Timber Corporation
Name

Case number *(if known)*: 23-10499

| 2.3 | Structurlam Mass Timber U.S., Inc. | 2176 Government Street | | Bank of Montreal | ☑ D |
| | | Street | | | |
| | | | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | Penticton | BC | V2A 8B5 | |
| | | City | State | ZIP Code | |
| | | | | | |
| | | Country | | | |
| 2.4 | Walmart Inc. | c/o Greenberg Traurig, LLP, ATTN: Dennis A Meloro | | Bank of Montreal | ☐ D |
| | | Street | | | |
| | | 222 Delaware Avenue,Suite 1600 | | | ☑ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | Wilmington | DE | 19801 | |
| | | City | State | ZIP Code | |
| | | | | | |
| | | Country | | | |

**Schedule H: Codebtors**

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber Corporation

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10499 (CTG)

</div>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>05/22/2023</u>           ✖ <u>/ s / Shawn Turkington</u>
           MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                           Shawn Turkington
                                           Printed name

                                           Interim Chief Financial Officer
                                           Position or relationship to debtor

In re: Structurlam Mass Timber Corporation
Case No. 23-10499

Schedule A/B 47

Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|------|------|-------|---------------------------------------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 2004 | Caterpillar | Model 027FG45 forklift S/N 10078 | AT29C50278 | $0.00 | | Undetermined |
| 2005 | Caterpillar | Model GP4JKLI forklift S/N AT29C50278 | AT17C00372 | $0.00 | | Undetermined |
| 2005 | Club Car | Golf Cart 1 | PRO537546685 | $0.00 | | Undetermined |
| 2005 | Club Car | Golf Cart 2 | PRO537546686 | $0.00 | | Undetermined |
| 2012 | Chevrolet | Tahoe | 1GNSK2E08CR118635 | $0.00 | | Undetermined |
| 2018 | Hyundai | 70D-7E forklift | HFZ11CC0001455 | $9,701.39 | | Undetermined |
| Unknown | Club Car | Golf Cart 3 | PRO635672522 | $3,326.79 | | Undetermined |
| Unknown | Toyota | 027FG45 | 10078 | $0.00 | | Undetermined |
| | | | TOTAL: | $13,028.18 | TOTAL: | Undetermined |

**In re: Structurlam Mass Timber Corporation**
**Case No. 23-10499**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| (3/4"X.020-.023) MANUAL STEEL STRAPPINGTOOL - COOP | $936.35 | | Undetermined |
| MI-9170D Bandsaw, Wood - Maple | $2,777.87 | | Undetermined |
| 10 Layer Stack Upgrade - COOP | $407.04 | | Undetermined |
| 10 Layer Stack Upgrade #2- COOP | $149.82 | | Undetermined |
| 10-Tonne Bridge Crane - Wallis | $41,170.57 | | Undetermined |
| 2 Heaters - COOP | $0.00 | | Undetermined |
| 2 Humidifiers - OK F - Maple | $77.85 | | Undetermined |
| 2 STIHL Chainsaws 3/4 - Maple | $919.65 | | Undetermined |
| 200A Switch - Crane Feed - Wallis | $47.78 | | Undetermined |
| 4/6 Line - Maple - Parent - Maple | $0.00 | | Undetermined |
| 4/6 Line Softstarter - Maple | $3,774.63 | | Undetermined |
| 4/6 Line Upgrade - Maple | $11,821.17 | | Undetermined |
| AED - Maple | $195.91 | | Undetermined |
| Air Reel - Hovercraft #1 - COOP | $150.56 | | Undetermined |
| Angle Drill - Maple | $178.42 | | Undetermined |
| Band saw - Maple | $887.91 | | Undetermined |
| Band saw x2 - Maple | $1,381.81 | | Undetermined |
| Bander - Government | $1,895.22 | | Undetermined |
| Bander - Maple | $845.63 | | Undetermined |
| Bander - Maple | $4,844.18 | | Undetermined |
| Bander - Maple | $1,832.10 | | Undetermined |
| Bandsaw with dust collection pick up - Maple | $303.32 | | Undetermined |
| Bending Jig - Maple | $21,234.75 | | Undetermined |
| BIG MASTER PLANER - MAPLE - PARENT - Maple | $0.00 | | Undetermined |
| Bindicator - Maple | $466.12 | | Undetermined |
| Bindicator light install, Sawdust silencer - Wallis | $1,510.61 | | Undetermined |
| Binford - Maple - Parent - Maple | $0.00 | | Undetermined |
| Binford Fingerjoint (FJ) line - Maple | $0.00 | | Undetermined |
| Binford Upgrade - Maple | $0.01 | | Undetermined |
| Binford Upgrade - Maple | $484.83 | | Undetermined |
| Binford Upgrade & LB - Maple | $0.01 | | Undetermined |
| Binford Upgrade & LB - Maple | $0.01 | | Undetermined |
| Binford Upgrade additional - Maple | $4,924.62 | | Undetermined |
| Binford Upgrade and Labour - Nov - Maple | $0.01 | | Undetermined |
| Binford Upgrade,Motor for turn table - Maple | $0.00 | | Undetermined |
| Biofuel Heating system - Maple | $0.00 | | Undetermined |
| Biomass Boiler - Refractory - MS - Maple | $1,271.63 | | Undetermined |
| Biomass Heating System - Maple - PARENT - Maple | $0.00 | | Undetermined |
| Blanket Heater for Minda - Maple | $417.82 | | Undetermined |
| Blow Down Station - WR - Wallis | $218.87 | | Undetermined |
| Cameras - COOP | $369.52 | | Undetermined |
| CHAIN BEAM SAW - Maple | $1,014.29 | | Undetermined |
| Chain Mortiser & Chain Beam Saw - Government | $6,359.48 | | Undetermined |
| Chain Saw - Maple | $308.25 | | Undetermined |
| Chain Saw and Bar - Gas Powered Portable for Yard - Maple | $534.72 | | Undetermined |
| Chain Saw/Impact Wrench - Government | $603.19 | | Undetermined |
| Chainsaw - COOP | $272.08 | | Undetermined |
| Chainsaw - Government | $120.27 | | Undetermined |
| Chainsaw - Wallis | $153.88 | | Undetermined |

In re: Structurlam Mass Timber Corporation
Case No. 23-10499
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| chainsaw cutting guide - Maple | $488.07 | | Undetermined |
| Circular Saw - COOP | $99.11 | | Undetermined |
| Circular Saw - Wallis | $720.79 | | Undetermined |
| Circular Saw/Crimper for Steel Bander - COOP | $825.03 | | Undetermined |
| CLT Press - Maple - Parent - Maple | $0.00 | | Undetermined |
| CLT Press Safety Controls - Maple | $639.82 | | Undetermined |
| CLT Press, - Maple | $0.00 | | Undetermined |
| CNC machine Hundegger PBA - Wallis | $0.00 | | Undetermined |
| CNC machine Hundegger PBA - Wallis | $1,227,563.49 | | Undetermined |
| Compressor System - Maple | $16,456.15 | | Undetermined |
| Compressed Air System - 2 Curtis Model RS/30 rotary screw aircompressors, air dryers, all pipes, fittings, drops andaccessories - Government | $0.00 | | Undetermined |
| Compressed Air System - Govt - Parent - Government | $0.00 | | Undetermined |
| Compressed Air System - Maple | $0.00 | | Undetermined |
| COMPRESSED AIR SYSTEM - PARENT - COOP MEARL'S - COOP | $0.00 | | Undetermined |
| Compressed Air System - Wallis - Parent - Wallis | $0.00 | | Undetermined |
| COMPRESSED AIR SYSTEMS - MAPLE - PARENT - Maple | $8,236.50 | | Undetermined |
| Compressor - COOP | $0.00 | | Undetermined |
| Compressor - Government | $28,940.55 | | Undetermined |
| Compressor - Maple | $12,695.96 | | Undetermined |
| Compressor - Wallis | $6,425.82 | | Undetermined |
| Compressor - Wallis | $3,090.46 | | Undetermined |
| Compressor Replacement - Maple | $8,366.76 | | Undetermined |
| Computer Equipment - Maple - Maple | $0.00 | | Undetermined |
| Copressor Upgrade - COOP | $1,915.97 | | Undetermined |
| Cordless Drill - Government | $0.00 | | Undetermined |
| Crane 3 and 4 - Maple | $42,469.50 | | Undetermined |
| CRANES - GOVT - PARENT - Government | $0.00 | | Undetermined |
| Cranes - Lot of 26 Kito (or similar) 2 ton electric chain hoistscomplete with 2 ton trolley and pendent controller - Government | $49,024.58 | | Undetermined |
| Cranes - Maple - Parent - Maple | $0.00 | | Undetermined |
| Cranes - Wallis - Wallis | $0.00 | | Undetermined |
| Cranes, Lot of 2 +-58' long 2 tonne monorails each - Maple | $6,067.10 | | Undetermined |
| Cranes 1 and 2 - Maple | $51,977.82 | | Undetermined |
| Creno - Govt - PARENT - Government | $0.00 | | Undetermined |
| Creno imp AUC to CAP - Government | $0.00 | | Undetermined |
| Creno Stops - Government | $0.00 | | Undetermined |
| Creno Upgrade - Government | $0.00 | | Undetermined |
| Creno Upgrade - Government | $104,070.46 | | Undetermined |
| Creno Upgrade - Government | $50,635.51 | | Undetermined |
| Creno Upgrade additional - Government | $333.66 | | Undetermined |
| December addition - Government | $1,734.12 | | Undetermined |
| December addition - Maple | $0.00 | | Undetermined |
| December addition - Maple | $1,044.30 | | Undetermined |
| Distributor Yard - Maple - PARENT - Maple | $0.00 | | Undetermined |
| Distributor yard crane addition - Maple | $1,744.42 | | Undetermined |
| Distributor Yard Crane - Maple | $11,891.46 | | Undetermined |
| Dumping bins - Government | $437.90 | | Undetermined |
| Dumping bins, radios - Government | $734.15 | | Undetermined |
| Dust Collection - dust collection equipment throughout the facilityincluding blowers, cyclone, sawdust bin, piping, fittings, etc. - Government | $23,604.39 | | Undetermined |
| Dust Collection - Govt - PARENT - Government | $0.00 | | Undetermined |

In re: Structurlam Mass Timber Corporation
Case No. 23-10499
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Dust Collection - Maple | $161,788.57 | | Undetermined |
| Dust Collection - Maple - Parent - Maple | $0.00 | | Undetermined |
| Dust Collection - Wallis - Parent - Wallis | $0.00 | | Undetermined |
| Dust Collector Bin Camera/Misc - Wallis | $558.58 | | Undetermined |
| Dust collector camera/Misc tools - MS - Maple | $738.69 | | Undetermined |
| dust collector with blower - Maple | $151.66 | | Undetermined |
| Dust Collector x2 - Maple | $306.81 | | Undetermined |
| Electical – Bond Cable Tray for Sander & Dust Collection System - Maple | $2,723.98 | | Undetermined |
| Electric Power Distribution - Maple | $169,878.00 | | Undetermined |
| Electric Power Distribution - transformers, safety switches, splitters, wiring, etc. - Government | $36,314.54 | | Undetermined |
| Electric Sensors - Maple | $160.19 | | Undetermined |
| Electrical – Connect to New 4/6 plc - Maple | $3,597.85 | | Undetermined |
| Electrical - Maple - PARENT - Maple | $0.00 | | Undetermined |
| End mill for PBA, sawdust bin - Wallis | $7,792.59 | | Undetermined |
| Extra Capacity Upgrade - COOP | $0.00 | | Undetermined |
| Extra Hoist for Crane - Government | $2,078.15 | | Undetermined |
| Finishing Yard - SP (moved from AUC) Used crane installed - Maple | $86,050.73 | | Undetermined |
| F r for warranty Repair of Radios - Government | $7.73 | | Undetermined |
| Glue JIG line - Maple | $44,983.27 | | Undetermined |
| Glue Line A/C - SP - Maple | $50.66 | | Undetermined |
| Glue mixer - Maple | $4,029.67 | | Undetermined |
| Glue mixer (additional costs for the mixed above) - Maple | $1,565.99 | | Undetermined |
| Glueline Bolts - MS - Maple | $0.00 | | Undetermined |
| Glueline Improvements - SP - Maple | $1,866.79 | | Undetermined |
| Glulam CNC Machine CRENO LAMELLE 5-AXIS CNC - Government | $0.00 | | Undetermined |
| Glulam Glue Line - Maple - Parent - Maple | $0.00 | | Undetermined |
| Gluline Upgrade - MS - Maple | $1,416.89 | | Undetermined |
| Grinder - Maple - Parent - Maple | $0.00 | | Undetermined |
| Grinder - MS - Maple | $18,165.83 | | Undetermined |
| Grinder install - MS - Maple | $662.30 | | Undetermined |
| Heater Install - COOP | $0.00 | | Undetermined |
| Hexion Glue App System - SP (from AUC) - Maple | $45,589.56 | | Undetermined |
| Hoffmann-BH Edge Lipping Planer - Government | $156.55 | | Undetermined |
| Hopper Self Dumping Bin - Nov 2020 - Wallis | $1,195.49 | | Undetermined |
| Hopper Self-Dump - Government | $123.93 | | Undetermined |
| Hopper Self-Dump - Maple | $715.64 | | Undetermined |
| Hopper self-Dump Bin - Government | $0.00 | | Undetermined |
| Hopper Self-Dump for Grinder - Maple | $1,719.68 | | Undetermined |
| Hovercrafts - Coop - Parent - COOP | $0.00 | | Undetermined |
| Humidifier Fans - Maple | $630.50 | | Undetermined |
| Humidifiers-SP (moved from AUC) - Maple | $41.26 | | Undetermined |
| Humidity Control System - Maple - Parent - Maple | $0.00 | | Undetermined |
| Impact Driver - Maple | $1,732.02 | | Undetermined |
| Impact Wrench - SP - Maple | $26.12 | | Undetermined |
| Impact Wrench - SP - Maple | $26.12 | | Undetermined |
| IP Camera-Inline Planer - Maple | $44.10 | | Undetermined |
| Jig Line Upgrade - Maple | $2,651.77 | | Undetermined |
| JLG MODEL 600A 600 ARTICULATING BOOM LIFT - Maple | $6,067.10 | | Undetermined |
| Joulin Brake - Maple | $662.16 | | Undetermined |

**In re: Structurlam Mass Timber Corporation**
**Case No. 23-10499**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Joulin Brakes - Maple | $75.11 | | Undetermined |
| Joulin Lifter / Flying Joulin - Wallis | $58,588.53 | | Undetermined |
| K2 - Government | $0.00 | | Undetermined |
| K2 Upgrade - Government | $956.19 | | Undetermined |
| Kito Chain Hoist - COOP | $4,207.23 | | Undetermined |
| Kito Chain Hoist - COOP | $44.35 | | Undetermined |
| Label Printer - Maple | $794.90 | | Undetermined |
| Ladder - Government | $223.31 | | Undetermined |
| Ladder - Maple | $0.00 | | Undetermined |
| LAMELLO F PLANER - NP - Government | $522.70 | | Undetermined |
| Laminating Blocks - Maple | $10,111.77 | | Undetermined |
| Lumber Labeler & printer - Maple | $1,803.85 | | Undetermined |
| Lumber Racks - GS - Government | $1,494.24 | | Undetermined |
| Mafell BST Drilling Station - Government | $1,078.75 | | Undetermined |
| Mafell BST Drilling Station - Maple | $488.87 | | Undetermined |
| Mafell Chain Mortiser - Government | $3,551.09 | | Undetermined |
| Maintenance Equipment - Govt - PARENT - Government | $0.00 | | Undetermined |
| maintenance radios - Maple | $129.79 | | Undetermined |
| MAINTENANCE TOOLS - MAPLE - PARENT - Maple | $0.00 | | Undetermined |
| Makeup Air Unit ORMP - COOP | $334.78 | | Undetermined |
| Maple Street - crosslam press pump, Yamada Pump - Maple | $0.00 | | Undetermined |
| Maple Street - Jig Line Rods - Maple | $12,746.42 | | Undetermined |
| MATERIAL RACKS - Maple | $71.45 | | Undetermined |
| Mill & Drill Machine - Maple | $1,135.07 | | Undetermined |
| Miller Syncrowave 210 AC/DC TIG/Stick Welder with MIG Spool Gun - Wallis | $3,457.36 | | Undetermined |
| Misc QC Equipment - Maple | $505.61 | | Undetermined |
| Mitre Saw - SP - Maple | $6.59 | | Undetermined |
| Mortiser - Government | $4,823.73 | | Undetermined |
| MOULDER - MAPLE - PARENT - Maple | $0.00 | | Undetermined |
| Moulder line - Maple | $0.00 | | Undetermined |
| Moved Racks - Government | $5,072.89 | | Undetermined |
| Moving Chips to GS - Government | $1,078.36 | | Undetermined |
| MS-Welding Machine - Maple | $1,038.58 | | Undetermined |
| Mussell Crane Hoist Install - Government | $11,903.12 | | Undetermined |
| New Hydraulic Power Unit on Tesion Tester - Maple | $4,943.37 | | Undetermined |
| Nielson Tool Model Moulder - Maple | $2,022.33 | | Undetermined |
| North finger/joint line (4 6 line) - Maple | $0.00 | | Undetermined |
| NVR Cameras for WR - Wallis | $264.66 | | Undetermined |
| Orbital Sander - Maple | $1,744.34 | | Undetermined |
| Oven - Despatch lab oven - Maple | $606.72 | | Undetermined |
| Oven - Shelolab style door - Maple | $707.79 | | Undetermined |
| Packaging Tools - Maple - Maple | $0.00 | | Undetermined |
| Paint Sprayer - COOP | $283.05 | | Undetermined |
| Panel Flipper - Wallis | $381,083.14 | | Undetermined |
| Panel Flipper - Wallis | $699.82 | | Undetermined |
| Panel Flipper - WR - Wallis | $11,578.05 | | Undetermined |
| PBA - Wallis - Parent - Wallis | $0.00 | | Undetermined |
| PBA Outfeed Saw Parts - Wallis | $3,760.04 | | Undetermined |
| PBA Parts - Wallis | $214.30 | | Undetermined |

In re: Structurlam Mass Timber Corporation
Case No. 23-10499
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PBA Parts - Wallis | $4,352.07 | | Undetermined |
| PBA Parts - Wallis | $2,270.64 | | Undetermined |
| PBA Tool - Wallis | $4,032.44 | | Undetermined |
| PBA Tools - SP - Wallis | $241.37 | | Undetermined |
| Planer Head - Maple | $2,556.57 | | Undetermined |
| Planer imprv - Maple | $11,393.40 | | Undetermined |
| Planer, REX BigMaster, model BM 6/260 - Maple | $0.00 | | Undetermined |
| Portable Heaters - Maple | $482.14 | | Undetermined |
| Portable Yard Chain Saw - 200MP-7-SS - Maple | $4,786.13 | | Undetermined |
| Power bander - Maple | $523.42 | | Undetermined |
| Pressure Mat Safety System - Maple | $3,117.19 | | Undetermined |
| QC Area Ancillary - Maple | $283.10 | | Undetermined |
| QC Joint tester - Maple | $16,778.87 | | Undetermined |
| QC Moisture Meters - Maple | $3.49 | | Undetermined |
| QC Moisture Meters, Blow down station, air impact wrench - Maple | $453.63 | | Undetermined |
| QC Oven - Maple | $2,864.63 | | Undetermined |
| QC Tools - Maple - Parent - Maple | $0.00 | | Undetermined |
| QC-Lathe - Maple | $1,131.47 | | Undetermined |
| Racking - cantilever racking throughout the plant - Government | $7,626.05 | | Undetermined |
| RACKING / STORAGE - MAPLE - PARENT - Maple | $0.00 | | Undetermined |
| RACKING AND STORAGE - GOVT - PARENT - Government | $0.00 | | Undetermined |
| Racking/Storage - Wallis - Wallis - Wallis | $0.00 | | Undetermined |
| Radio packs - COOP | $133.48 | | Undetermined |
| Radio Packs - Maple | $15.72 | | Undetermined |
| RADIO PACKS - SP - Maple | $202.95 | | Undetermined |
| Radio Packs - WR - Wallis | $487.03 | | Undetermined |
| Radio Packs/pallet jack/lumber printer/fence - Maple | $709.70 | | Undetermined |
| Radios and other tools - Maple | $617.74 | | Undetermined |
| Rebuild Chainsaw on Outfeed of Rex Planer - Maple | $7,152.06 | | Undetermined |
| Rebuild Flipper - Wallis | $203.12 | | Undetermined |
| Rex type planer - Maple | $10,111.77 | | Undetermined |
| RH-1 Bindicator - Maple | $426.93 | | Undetermined |
| Safety Rails 4/6 Line - Maple | $899.09 | | Undetermined |
| Safety Redesign for Creno - Government | $349.24 | | Undetermined |
| Sander Floor 13x19" - Wallis | $3,612.67 | | Undetermined |
| Sarmax Sander - Maple - PARENT - Maple | $601,012.86 | | Undetermined |
| Saw - Government | $0.00 | | Undetermined |
| Saw Blades - Maple | $0.00 | | Undetermined |
| Saw Fencing - Maple | $167.31 | | Undetermined |
| Sawdust Extraction Airtek - Wallis | $0.00 | | Undetermined |
| Sawdust Extraction Airtek - Wallis | $537,167.36 | | Undetermined |
| Sawzall - Maple | $141.26 | | Undetermined |
| Seal Kit, Pump Lobe - SP - Maple | $5,164.04 | | Undetermined |
| Security Equipment - Wallis - Parent - Wallis | $0.00 | | Undetermined |
| Self Dumping Bins - Maple | $0.00 | | Undetermined |
| Shear tester 1 - Maple | $1,011.20 | | Undetermined |
| Small Tools - Coop - Parent - COOP | $0.00 | | Undetermined |
| Small Tools - Govt - PARENT - Government | $0.00 | | Undetermined |
| Small Tools - Maple - Parent - Maple | $0.00 | | Undetermined |

**In re: Structurlam Mass Timber Corporation**
**Case No. 23-10499**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Small Tools - Wallis - Parent - Wallis | $0.00 | | Undetermined |
| Steel Racks - Wallis | $299.33 | | Undetermined |
| Steel Strapping Tool - Maple | $0.00 | | Undetermined |
| STIHL Chainsaw - Maple | $695.69 | | Undetermined |
| Storage Racks - Maple - Wallis | $282.43 | | Undetermined |
| Table Saw - COOP | $1,499.71 | | Undetermined |
| Table Saw - Maple | $1,515.48 | | Undetermined |
| table saw complete with guard and fence - Maple | $283.10 | | Undetermined |
| Tidy Tank - Maple | $202.01 | | Undetermined |
| Tidy Tank w/Pump - Wallis | $395.67 | | Undetermined |
| Tool Storage - Maple - Maple | $127.63 | | Undetermined |
| Tools - Maple | $1,434.84 | | Undetermined |
| TOOLS and MISCELLANEOUS, MAPLE - Maple | $23,388.77 | | Undetermined |
| TOOLS and MISCELLANEOUS, OLIVER - COOP | $3,924.09 | | Undetermined |
| TOOLS and MISCELLANEOUS, PENTICTON - Government | $25,558.78 | | Undetermined |
| Tools Wallis - Wallis | $549.43 | | Undetermined |
| Torque Wrench/Radio Antenna - Maple | $338.52 | | Undetermined |
| Tranfer Chains addition to Oliver plant - COOP | $0.00 | | Undetermined |
| Tranfer Chains addition to Oliver plant - COOP | $20.24 | | Undetermined |
| Transfer Chains - Coop - Parent - COOP | $0.00 | | Undetermined |
| Trasformer - Maple | $2,587.57 | | Undetermined |
| TSI System (Flipper) - Wallis | $0.00 | | Undetermined |
| TSI System (Flipper) - Wallis | $179,145.78 | | Undetermined |
| Vacuum preassure tester - Maple | $202.24 | | Undetermined |
| Various tools - Government | $539.88 | | Undetermined |
| Varous tools - Maple | $3,886.99 | | Undetermined |
| Wallis Road tools - Wallis | $2,884.27 | | Undetermined |
| Wallis Road tools - Wallis | $630.66 | | Undetermined |
| Wallis Road tools - Wallis | $614.73 | | Undetermined |
| Wallis Video Surveillance System - Wallis | $9,499.08 | | Undetermined |
| WR Infeed/Outfeed - Wallis | $0.00 | | Undetermined |
| | **TOTAL:** $4,409,489.39 | **TOTAL:** | **Undetermined** |

In re: Structurlam Mass Timber Corporation
Case No. 23-10499
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 2 Darkening blinds, HW office | Government | Leasehold Improvements | $622.75 | | Undetermined |
| Additional Lighting/Flammable Storage | Maple | Leasehold Improvements | $3,235.33 | | Undetermined |
| Ancillary Improvements | Maple | Leasehold Improvements | $24,394.61 | | Undetermined |
| Bathroom reno | Maple | Leasehold Improvements | $6,360.21 | | Undetermined |
| Breaker - Lunchroom & Washroom | COOP | Leasehold Improvements | $388.08 | | Undetermined |
| Cameras - IT | COOP | Leasehold Improvements | $3,015.58 | | Undetermined |
| Cameras - IT | Maple | Leasehold Improvements | $2,925.34 | | Undetermined |
| Electrical Upgrade –Lumber RM | Government | Leasehold Improvements | $5,044.05 | | Undetermined |
| Electrical, Bathroom & Smoke shack | Maple | Leasehold Improvements | $32,158.54 | | Undetermined |
| Fire Suppression Unit | Maple | Leasehold Improvements | $4,890.29 | | Undetermined |
| Flammable storage | COOP | Leasehold Improvements | $899.26 | | Undetermined |
| Galina's Office | Government | Leasehold Improvements | $215.94 | | Undetermined |
| Head Office Expansion | Government | Leasehold Improvements | $325,127.95 | | Undetermined |
| Head office reno | Government | Leasehold Improvements | $93,619.48 | | Undetermined |
| Head office reno | Government | Leasehold Improvements | $295.02 | | Undetermined |
| Head office reno | Government | Leasehold Improvements | $2,223.69 | | Undetermined |
| Head office reno | Government | Leasehold Improvements | $467.55 | | Undetermined |
| HO furnishings | Government | Leasehold Improvements | $7,448.01 | | Undetermined |
| HO renovation | Government | Leasehold Improvements | $10,561.93 | | Undetermined |
| HO Upstairs Boardroom TV | Government | Leasehold Improvements | $770.39 | | Undetermined |
| Horn Stobes | Maple | Leasehold Improvements | $811.07 | | Undetermined |
| Hot Water Tank | COOP | Leasehold Improvements | $3,349.70 | | Undetermined |
| HVAC Venting | COOP | Leasehold Improvements | $1,123.49 | | Undetermined |
| LED light install | Government | Leasehold Improvements | $661.39 | | Undetermined |
| LED Lighting install & Exhaust Fans | Maple | Leasehold Improvements | $3,578.11 | | Undetermined |
| LH Improvements | COOP | Leasehold Improvements | $1,518.99 | | Undetermined |
| Maple Street - forklift garage | Maple | Leasehold Improvements | $571.26 | | Undetermined |
| Maple Street - Safety Wall | Maple | Leasehold Improvements | $235.01 | | Undetermined |
| New Lighting - Plant | Maple | Leasehold Improvements | $616.42 | | Undetermined |
| Office improvements | Government | Leasehold Improvements | $168,323.15 | | Undetermined |
| ORMP LH-CRUSH FOR FUTURE PAVING | COOP | Leasehold Improvements | $14,828.52 | | Undetermined |
| ORMP Office reno - move to Capex frm AUC | COOP | Leasehold Improvements | $4,720.19 | | Undetermined |
| Outlets and Lighting | Government | Leasehold Improvements | $5,427.93 | | Undetermined |
| Paving & Gate | COOP | Leasehold Improvements | $13,482.63 | | Undetermined |
| Perimeter Fence - Maple | Maple | Leasehold Improvements | $16,472.46 | | Undetermined |
| Renovations Maint room | COOP | Leasehold Improvements | $5,318.94 | | Undetermined |
| Replacement Roof Fan | Government | Leasehold Improvements | $380.03 | | Undetermined |

**In re: Structurlam Mass Timber Corporation**
**Case No. 23-10499**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Safety Rails | Maple | Leasehold Improvements | $18,805.04 | | Undetermined |
| Sarmax Sander Tent | Maple | Leasehold Improvements | $104,958.37 | | Undetermined |
| Setup Capex- Bathroom Renovation ORMP | COOP | Leasehold Improvements | $14,633.50 | | Undetermined |
| Shed Siding | Maple | Leasehold Improvements | $14,427.99 | | Undetermined |
| Shelter over Evap. Pond | Maple | Leasehold Improvements | $1,267.27 | | Undetermined |
| Shelving - Electical | Maple | Leasehold Improvements | $742.50 | | Undetermined |
| | | TOTAL: | $920,917.96 | TOTAL: | Undetermined |

**In re: Structurlam Mass Timber Corporation**
Case No. 23-10499
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **Trademarks** | | | |
| STRUCTURLAM Trademark No.2072938 Canada | $0.00 | | Undetermined |
| STRUCTURLAM Logo Trademark No.2072940 Canada | $0.00 | | Undetermined |
| GlulamPlus by Structurelan Logo Trademark No.2071817 Canada | $0.00 | | Undetermined |
| FRAMEWORKS Trademark No.2071818 Canada | $0.00 | | Undetermined |
| CROSSLAM Trademark No.2072939 Canada | $0.00 | | Undetermined |
| CROSSLAM Trademark No.1497306 Canada | $0.00 | | Undetermined |
| CROSSLAM Trademark No.86/220,150 United States | $0.00 | | Undetermined |
| CROSSLAM Trademark No.88/776,562 United States | $0.00 | | Undetermined |
| STRUCTURLAM Trademark No.90/785,855 United States | $0.00 | | Undetermined |
| STRUCTURLAM Logo Trademark No.90/785,860 United States | $0.00 | | Undetermined |
| GlulamPlus by Structurelan Logo Trademark No.90/776,827 United States | $0.00 | | Undetermined |

**In re: Structurlam Mass Timber Corporation**
**Case No. 23-10499**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| FRAMEWORKS Trademark No.90/776,825 United States | $0.00 | | Undetermined |
| | | | |
| **Patents** | | | |
| ACCESS MAT Patent No. US 9303366 B2 United States | $0.00 | | Undetermined |
| Method of manufacturing glue laminated timber columns Patent No. CA 2984079 Canada | $0.00 | | Undetermined |
| TOTAL: | $0.00 | TOTAL: | Undetermined |

**In re: Structurlam Mass Timber Corporation**
**Case No. 23-10499**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| structurelam.ca | $0.00 | | Undetermined |
| structurelam.com | $0.00 | | Undetermined |
| structurlam.ca | $0.00 | | Undetermined |
| structurlam.com | $0.00 | | Undetermined |
| TOTAL: | $0.00 | TOTAL: | Undetermined |

**In re: Structurlam Mass Timber Corporation**
Case No. 23-10499
Schedule A/B 71
Notes receivable

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| Preferred stock purchase plan loan receivable - Michael Darby | $74,626.87 | | Undetermined |
| Preferred stock purchase plan loan receivable - Marlene Higgins | $74,626.87 | | Undetermined |
| Preferred stock purchase plan loan receivable - Hardy Wentzl | $373,134.33 | | Undetermined |
| Preferred stock purchase plan loan receivable - Blaine Peterson | $74,626.87 | | Undetermined |
| Preferred stock purchase plan loan receivable - Andre Morf | $74,626.87 | | Undetermined |
| TOTAL | $671,641.81 | TOTAL: | Undetermined |

**In re: Structurlam Mass Timber Corporation**
**Case No. 23-10499**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Policy Type | Account number / Policy number | Current value of debtor's interest |
|---------|-------------|-------------------------------|-----------------------------------|
| Beazley Group | Professional Liability | - | Undetermined |
| Coalition Insurance | Cyber Liability | C-4MHK-175254 | Undetermined |
| Continental Casualty | 3rd Excess Liability | MPR665399966 | Undetermined |
| Intact Financial Corporation | D&O 2nd Excess | 5D5591495 | Undetermined |
| Liberty International Underwriters | D&O 3rd Excess | DOVAAB82MC002 | Undetermined |
| Miller Insurance Holdings Limited | 1st XS E&O | B0621PSTRU009022 | Undetermined |
| Miller Insurance Holdings Limited | 2nd XS E&O | B0621PSTRU009122 | Undetermined |
| Miller Insurance Holdings Limited | Manufacturers E&O | B0621PSTRU00088 | Undetermined |
| QBE Insurance Group Limited | 2nd Excess Liability | CAEX13494 | Undetermined |
| QBE Insurance Group Limited | General Liability | CGA1365578 | Undetermined |
| QBE Insurance Group Limited | US General Liability | - | Undetermined |
| RSA Insurance Group | Boiler & Machinery | EBI053259887 | Undetermined |
| RSA Insurance Group / Zurich Insurance Group | Canadian Property/Equipment | - | Undetermined |
| StarStone National Insurance Company | 1st Excess Liability | - | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 026710725-01 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 22SLCFM11570401 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 73PRX22AF82 PN316440Q | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 76429687 UTS2570783.22 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 795019695 PXP0000090-00 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 7EA7XPI00I587-01 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | BXS0004018 0100161285-1 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | ENSI000244 | Undetermined |

**In re: Structurlam Mass Timber Corporation**
**Case No. 23-10499**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Policy Type | Account number / Policy number | Current value of debtor's interest |
|---|---|---|---|
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | FQY-H753480-01 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | PAC-PR00000002-C0 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | PN316411q | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | PN316410q | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | PN319340q | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | RENND21000600109 | Undetermined |
| The Travelers Companies, Inc. | Directors & Officers Liability | 75514927 | Undetermined |
| Tokio Marine Kiln | 1st Excess Liability CDN | B0572NA21EAXW | Undetermined |
| Trisura Specialty Insurance Company | D&O 1st Excess | VDO1008312 | Undetermined |
| | | TOTAL: | Undetermined |